Supreme Court
of the
State of New York

Bronx County Hall of Justice
Supreme Court - Criminal Division
265 East 161st Street
Bronx, New York 10451

Date: April 19, 2011

Re: People of the State of New York

vs.

Daitina Chandler

Case # 53041C-2009

To whom it may concern:

Daitina Chandler appeared in this court on 4-13-11.

The pending case, # 53041C-2009 involving the above named individual has been ***Adjourned in Contemplation of Dismissal*** *and will be* ***Dismissed*** *on* 10-12-2011 ; *the record will be* ***Sealed.***

Respectfully,
Central Clerks Office
Correspondence Unit

```
AHC1                              CRIMS APPEARANCE MENU                           04/19/2011
COUNTY: BRONX                     APPEARANCE HISTORY                                  7053
                                                  DOCKET #: 2009BX053041
  NAME: CHANDLER,DAITIMA                            CASE #: 53041C-2009
       CCN: 63731657 Z       NYSID #: 03886327 L      ARREST #: B09665645
       DOB: 11/11/1982    DEF STATUS: VFO         ARREST DATE: 08/15/2009
IN CARE OF:                                   STANDARD & GOAL AGE: 0000260
    STREET: 2179 WASHINGTON A                 APT/FLR:
      CITY: BRONX                               STATE: NY        ZIP:
      RACE: B    SEX: F                                          FINISHED 05/06/2010
------------------------------------------------------------------------------------
10/12/2011 (SEA)   ACD-S

04/13/2011 (COM)   50          JDG:MCGUIRE,W     RPTR:PERLMAN,   NT   ACD55
       ROR

02/14/2011 (COM)   50          JDG:MCGUIRE,W     RPTR:LITTLE,   NT   ADJ,CONS
       ROR

APPEARANCE OPTION:       1) ALL, 2) FINAL DISP,        PF11 TO VIEW   PF9 TO VIEW
3) APPELLATE, 4) KEY - ARRAIGN, DISP, SENT, RESENT          MOTIONS        CHARGES
COMMAND:        MESSAGE:
```

**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

March 25, 2010

Ms. Daitima Chandler
2179 Washington Avenue #23
Bronx, NY 10457

Re: CCRB case number 200912644

Dear Ms. Chandler:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| | Allegation(s) by letter : | Board finding(s) : |
|---|---|---|
| A) | Force: PO Carlos Medina used physical force against Daitima Chandler. | Exonerated |
| B) | Discourtesy: Sgt. Sasha Rosen spoke discourteously to Daitima Chandler. | Unsubstantiated |

For an explanation of the Board's finding(s), please refer to the enclosed form, which details what each finding means.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any further questions about this matter, please call Team Manager Robert Rodriguez (T6), who supervised the investigation of this case, at (212) 442-8831.

Sincerely,

Joan M. Thompson
Executive Director

Enclosure

NORTH ADULT EMERGENCY DEPARTMENT

| CASE | ACCT. NO. | EMERGENCY | CODE | REG DATE AND TIME |
|---|---|---|---|---|
| 2776926 | 022827769264 | ADULT EMERGENCY | 000 | 08/16/2009 11:36 |

| A/C | ACCIDENT DATE AND TIME | PRCT | BADGE NO. | SOCIAL SECURITY NO. | M/S | SEX | RELIGION | RACE | DATE OF BIRTH | AGE | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAM | | | | 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 | S | F | UNK | B | 11/11/1982 | 26Y | USA |

PATIENT NAME AND ADDRESS
CHANDLER DAITIMA
2179 WASHINGTON AVE APT/FLOOR 23
BRONX NY 10457
PHONE NO. 347-297-6706
FATHER'S NAME UNK

PATIENT EMPLOYMENT

ERA — 106701

PERSON TO BE NOTIFIED
APT/FLOOR
RELATIONSHIP
HOME PHONE
BUSINESS PHONE
MANAGED CARE
PCP & SITE

GUARANTOR NAME AND ADDRESS
CHANDLER DAITIMA
2179 WASHINGTON AVE APT/FLOOR 23
BRONX NY 10457 REL S
347-297-6706 S/S# 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

GUARANTOR EMPLOYMENT
PHONE

| PREFIX | MEDICARE NO. | SUFFIX | B7 | PLAN CODE | MEDICAID NO. | LINE NO. | EXP. DATE | PLAN CODE | FEE | AMOUNT | C/R | P/T | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | E | EMR |

| CROSE ID NO | SUFFIX | PLAN CODE | CONTRACT HOLDER | PATIENT RELATION TO CONTRACT HOLDER |
|---|---|---|---|---|
| | | | | |

| INSURANCE NAME AND ADDRESS | PLAN CODE POLICY NO. | GROUP NO. | GROUP NO. |
|---|---|---|---|
| | | | |

SYSTEM TIME: 08/16/2009 11:56
UNION NAME
LOCAL NO.
REG BY: TIF

**Consent for General Medical Treatment**

_____________, knowing that I am seeking services for a condition requiring medical and hospital care do herewith voluntarily consent to such care including routine diagnostic and therapeutic procedures and medical treatment to be provided by the physicians, dentists, medical staff and personnel at this hospital. I acknowledge that no guarantees have been made to me as to the results of treatments or examinations in this hospital. This consent has been fully explained to me and I certify that I understand its contents.

Witness _____ Date _____

X UTS
Signature of Patient, Relative or Legal Guardian if Relative or Legal Guardian signs, see Note below. (If relative, indicate relationship to patient _____ ) Date

**Consentimiento De Tratamiento Medico General**

Yo _____________, consiente de que estoy buscando atención para un problema de salud que exige atención médica y asistencia hospitalaria, consiento voluntariamente por el presente que se me brinde dicha atención, inclusive el diagnóstico de rutina, tratamientos terapéuticos y tratamiento médico por parte del médico, dentistas, cuerpo médico y personal de este hospital. Reconozco que no se me han ofrecido garantías respecto a los consentimientos y certifico que entiendo el contenido de éste.

Testigo _____ Fecha _____

Firma del paciente, pariente o tutor. Si firma el pariente o tutor, véase la nota que figura abajo. (Si firma el pariente indíquese el parentezco con el paciente. _____ ) Fecha

**Acknowledgement**

By signing and dating the form below, I acknowledge that I have received a copy of the New York City Health and Hospitals Corporation's Privacy Notice.

X NYPD Hold UTS
Patient's Signature

If executed by a patient's personal representative, please print your name in the space below:

Personal Representative's Name _____ Personal Representative's Signature _____

T.V.
NYCHHC Employee's Initials

8/16/09
Today's Date

New York City Health and Hospitals Corporation

MANAGEMENT - COURSE/PROCEDURES IN E.D.:

Pt. given Zofran for nausea, IVF, UCG & DS since pt has had no meal since yesterday. Pt. continued vomiting in ED - but only it because per 2 mds. Vomiting stopped @ time of discharge & pt. back to police custody.

CONSULTING SERVICE(S) CONTACTED:

Procedure "time-out": I verify correct patient/Procedure/Site: _____ (MD Print) _____ (Initial) _____

DX
1. Emesis
2. _____
3. _____
4. _____

ADMIT: WARD _____ SERVICE _____ TIME _____ ☐ AM ☐ PM

DISCHARGE: CONDITION _____ DATE: 8/16/09 TIME 7:50 ☐ AM ☒ PM

N. Forhad [signature] 5579

PROVIDER: PRINT NAME & SIGN PIN ATTENDING: PRINT NAME & SIGN

AER-1PT (6/08)

NAME OF MD INITIATING CARE: [illegible] PIN 58 [illegible] TIME [illegible] ☐ AM ☒ PM

NAME:

HISTORY & PHYSICAL

DVHX (IF APPLICABLE) INDICATE SAFE F/U PHONE #

PAIN SCALE 0 - 10

26 yo F w/ PMH of GERD p/w epigastric abdominal pain since this AM. Pt. was arrested & in jail @ arrest f sx. states that she has not had anything to eat since last night & no [illegible] which she is prescribed to take daily. ⊕ abdominal pain @ this time. ⊕ nausea & ⊕ vomiting x multiple episodes since this AM — yellow & bilious. states that she has a 5yr. h/o of this. ⊖ fever, ⊖ diarrhea

Vitals - HR - 96 BP - 145/72 RR - 19 T. 97.6

Gen: Pt. appears very uncomfortable, [illegible] on floor vomiting.

HEENT NC/AT, EOMI

Neck ☐ C-COLLAR REMOVED PER NEXUS CRITERIA

Lungs CTA B/L

Back

Cor $S_1S_2$ RRR

Abd Soft, ~~[illegible]~~/ND, very minimal tenderness in ~~[illegible]~~ mid-epigastric region

Extr

Neuro A+O x3.

GU / GYN

Rectal

Skin [illegible] Dry

☐ X-RAY CXR - Neg

CHART #:

☐ EKG 1) [illegible]

2)

LABORATORY

| ☒ CBC | ☒ SMA-7 | ☐ U / A | ☐ ABG | ☐ OTHER |
|---|---|---|---|---|
| 8.5 / 10.6 / 32.8 / 156 | 142 / 108 / 14 / 3.4 / 26.4 / 0.8 / 121 | | | |
| ☐ BLOOD BANK | ☐ SMA-12 | ☐ C&S | | |

Jacobi Medical Center
Emergency Triage - Adult

```
[Pa]tient Name: Chandler,Daitima EP/          SMS: 22827769264     MRN: 2776926
[DO]B         : 11/11/1982
[Ag]e         : 26Y    Sex: F     Height:  cm.        Weight:  kgs
[Tr]iaged By  : Ryall,Rebecca, RN                     Test Date: 08/16/2009 1137

[Chie]f Complaint: "MY BACK HURTS AND MY STOMACH"
[T]riage Class : Level 3
[A]ssigned Area: Yellow
```

---

```
[Un]scheduled Emergency Triage - Adult
[E]vent Time: Sun, 16 Aug 09  1137                    Status: complete

[Su]n, 16 Aug 09  1142

[A]rrival by      : Ambulance, Police precinct 43, badge number of officer
                    5303
[R]esponsive      : yes
[Chi]ef Complaint : "MY BACK HURTS AND MY STOMACH"
[BP]              : 145/72  mm Hg
[HR]              : 86  bpm
[RR]              : 19
[T]emp            : 97.6 F (36.4 C) Route: oral
[W]eight          : not applicable
[P]ulse Ox        :      99       %
[P]ain            : Current Pain: yes Pain Intensity: 9 Pain Location:
                         back
[O]bjective       : APPEARS UNCOMFORTABLE, ACTIVELY VOMITING IN TRIAGE, CLEAR
                    VOMITUS. ABLE TO SIT IN CHAIR WITHOUT DIFFICULTIES.
                    AMBULATES WITH STEADY GAIT. NO FLANK TENDERNESS TO
                    PALPATION.
[C]omm Method     : spoken word
[L]OC             : alert
[G]CS             : Total Glasgow Score: 15 GCS WNL: yes Eye Response:
                         opens eyes spontaneously Motor Response: obeys
                         commands Verbal Response: oriented
[Pa]st Med Hx     : ACID REFLUX
[Rx] Hx           : NEXIUM
[Me]d Allergies   : no known
[E]nv Allergies   : no known food/environmental allergies
[L]MP             : NOW
[T]B Screen       : not exposed
[S]ARS/Pneumonia  : Fever: no Cough: no Chest Pain: no Recent Travel: no
[D]om Violence    : Hx of DV?: no
[T]RIAGE CLASS    : Level 3
[A]ssgn AreaJ     : Yellow
```

---

(2) UYE swelling noted - Pt reports no complaints, No visual disturbances — [illegible] No reports of dysuria or hematuria [illegible]

(1) 787.03 36415

99283.25

☒ Jacobi Medical Center ☐ North Central Bronx Hospital

**NORTH BRONX HEALTHCARE NETWORK**

**ADULT EMERGENCY DEPARTMENT**

**NURSING CONTINUATION RECORD**

Time Presented to MD: 1140 am

Name of MD: Shaik

Presented by: Baxter

Location of Patient: Yellow

Name: ______

Chart #: ______

**NURSING NOTES**

| DATE/ TIME | |
|---|---|
| 8/16/09 | 12:23pm Pt A+ox3 verbalized b/l back pain, no bruises noted 8/10 from assault. — "I was assaulted by the police!" She is noted with left eye swelling and ecchymosis. She denied vision deficit. Pt noted vomiting bile like vomitous small amt; Pt is in NYPD hold with (R) hand handcuff site intact. Will continue to monitor. A Muggs |
| 1488 | Pt is still being evaluated by Doc. Xray + CT Scan done no vomity at this time good relief after Zofran. NYPD still at bedside. [signature] |
| 8.16.09 9:25 | Received pt A&Ox3 ∅ acute distress, gagging. c/o nausea c NYPD. Will monitor. MD aware [signature] |

| DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT | DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT |
|---|---|---|---|---|---|
| | IV Access | | | Cardiac Monitor | |
| | $O_2$ | | | EKG #1 | |
| | Foley Cath | | | EKG #2 | |
| | Ice Pack | | | CBC | |
| | Splint | | | CHEMISTRY | |
| | CT Scan | | | UA | |
| | X-Rays | | | Cardiac Enzymes | |
| | Ultrasound | | | Type X-Match ___Units | |
| | Drug Level (name) | | | UCG | |
| | Other (name) | | | Toxicology Screen: | |
| | Other (name) | | | PT/PTT | |

| DATE/ TIME | OUTPUT Type | Amount | Initials |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | |

**VITAL SIGNS**

| DATE/ TIME | B/P | P | R | T | $O_2$ SAT | Finger Stick | Pain Score |
|---|---|---|---|---|---|---|---|
| 8/16/09 4p | 135/83 | 58 | 16 | 96 | 98% | | |
| On transfer/ discharge | | | | | | | |

ERNCR (6/08)

16 Aug 09 1944
cobi Medical Center
ERGENCY DEPARTMENT
00 Pelham Parkway South
onx, NY 10461

Patient Name: Chandler,Caitima

MRN: 2776926

## ED SUMMARY

ient indicates clear understanding of discharge instructions: ___Yes ___No

alternate responsible adult understands ___Yes ___No

Relationship: ____________________

tient(Alternate) Signature: ____________________ Date: __________

ene entendimiento claro de las instruciones para irse a la casa: ___Si ___No

adulto responsable alterno que entienda: ___Si ___No

Relacion al paciente: ____________________

ciente (Alterno) firma: ____________________ Fecha: __________

scharged by: ____________________

***Chart Copy***

CAD # 1583

73713314

**Narrative History: Key Words - (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications)**

PMH: ☐ Asthma ☐ Chronic Renal Failure ☐ Cardiac ☐ Diabetes ☐ Frail / Debilitated ☐ Hypertension ☐ IV Drug Use ☐ Seizure Disorder ☐ Tracheostomy ☐ Amputee ☐ Cancer ☐ COPD ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Incontinent ☐ Psychiatric Hx ☐ Substance Abuse ☐ Tuberculosis

Special Conditions: ☐ Bed Confined ☐ Non-Ambulatory ☐ Required Stretcher ☐ Valid DNR

Obvious Death: ☐ Decomposition ☐ Dependent Lividity ☐ Rigor Mortis ☐ Mortal Injury

Allergies: ☑ No known allergies

Medications: ☑ Unknown

End 26 y/o fml A/Ox3 ambulatory c/o some abd pn. PE reveals no significant findings, no resp distress, no LOC, no trauma, some nausea, no vomiting, no dizziness, soft non-tender abd x4 quads, denies fever. Pt has no other complains. Txp to nearest facility w/o complications in position of comfort.

**Cardiac Arrest Information**

Witnessed By: ☐ PD ☐ CFR / EMS ☐ Other

ROSC: ☐ PD ☐ CFR / EMS ☐ Other

**Prior to this Unit's Patient Contact**

CPR was started by: ☐ Bystander ☐ Family ☐ PD ☐ CFR ☐ EMS ☐ Medical

Minutes Since: Arrest / CPR Started / CPR Stopped / 1st AED Shock

AED was used by: ☐ PD ☐ CFR ☐ EMS ☐ Other

LMP: now

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☑ Yes ☐ No

Chief Complaint: "my stomach hurts"

Presumptive Diagnosis: evaluation

Continuation Form ☐

**OLMC**

Time of Contact | OLMC Physician | Reason For Contact: ☐ RMA ☐ Consult ☐ Orders ☐ Transport Decision ☐ Onscene Triage | OLMC Terminate Time | ED Chart Number: 2776926

Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO ☐ | SO ☐

**PAYER INFO**

Insurance Company Name

Policy Number | Group Number

Insurance Related Information: ☐ Auto Insurance ☑ Self Pay ☐ Private Insurance | Medicare # | Medicaid # | Work related? ☐

(1) PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM: I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary.

I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.

☐ Patient Unable to Sign (Reason Documented) ☐ Patient Refused to Sign

(1) Information Release Patient / Auth. Rep. Signature: X [signature]

(2) OUT OF AREA TRANSPORT / DIVERSION: I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.

☐ Patient Unable to Sign ☐ Patient Refused to Sign Hospital Requested:

(2) Out of Area Transport Patient Signature

(3) RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA): I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.

☐ Pre-hospital care refused: ☐ Transportation to hospital refused ☐ Patient Unable to Sign ☐ Patient Refused to Sign

List care refused: | (3) RMA Patient Signature | RMA Witness Name / Signature

**SAFETY**

Lights / Siren: ☑ To Scene (63) ☐ To Destination (82)

Conditions Causing Delay (To Scene / To Patient / To Hospital): ☐ Traffic ☐ Weather ☐ Crowd ☐ Scene Unsafe ☐ Bad Address ☐ Difficult Location ☐ Extrication ☐ Elevator ☐ Building Access ☐ Door Barrier ☐ Distance To Pt. ☐ Awaiting Escort ☐ Vehicle Mech.

Seat Belt Use: ☐ Lap Belt ☐ Shoulder Belt; Car Seat: ☐ Front Facing ☐ Side Facing ☐ Rear Facing

Airbags Deployed: ☐ Steering Wheel ☐ Passenger Dash ☐ Driver Door ☐ Passenger Door ☐ Other

Patient Safety Equip.: ☐ Eye Protection ☐ Helmet ☐ Personal Flotation ☐ Protective Clothing ☐ Protective Gear

**DISPOSITION**

Removed to Vehicle By: ☐ Chair ☑ Walked ☐ Carried ☐ Scoop Stretcher ☐ Flat ☐ Stretcher ☑ Met at Ambulance

Transport From: ☐ Residence (Home) ☑ Scene of Accident or Acute Event ☐ Residential, Custodial Facility ☐ Skilled Nursing Facility (SNF) ☐ Inter-facility; Transport From Code:

Transport Position: ☐ Supine ☑ Sitting ☐ Shock ☐ Semi / Full Fowlers ☐ Left Lateral Recumbent ☐ Restrained

Pt Transported In Vehicle: #of Patients Transported: 1; Transport Miles: 2; Hospital Destination: 25

Hospital Selection: ☑ Nearest Facility ☐ Patient / Family Choice ☐ Specialty Referral ☐ Hospital Diversion; Diverted From code

Pt Not Transported In This Vehicle: ☐ Assisted in Transport ☐ RMA With Unit # ☐ Pronounced, NOT Transported ☐ Onscene Triage ☐ Transferred Care To Unit # ☐ Other

**ADMIN**

Hospital Receiving Agent Signature: Ryall RN | FDNY Code | Qty | Supply Code | Qty | Supply Code | Technician Signature: [signature]

SH9001 (2 of 2), Rev 3F, 0510 © 2009 Sansio (Page 2)

# Prehospital Care Report

| | |
|---|---|
| Report No. | 2d 1583 0352 |
| ☑ BLS ☐ ALS | 73713314 |

## Call Info

| Today's Date | Assigned | En Route (63) | On Scene (84) | Patient Contact | To Destination (82) | At Destination (81) | Avail / In Service |
|---|---|---|---|---|---|---|---|
| 08/16/09 | 1105 | 1105 | 1107 | 2 | 1122 | 1132 | |

Incident Address: 43 PCT

Apt Number:

Prior Treatment(s) / by whom:

Police Agency: 43 Pct — Shield #: 5303 — Responded From: CSL

Crew: Driver's Shield # 1 0 — Tech / Documentation Shield # 2 3842

## Patient Info

Last Name: CHANDLER — First Name: DATTIMA — MI:

☐ Male ☑ Female — Weight (lb):

Street Address: 2179 WASHINGTON AV — ☐ Check this box if same as Incident Address — ☐ Check this box if patient is Homeless

Apt Number: 23

City: BX — State: NY — Zip Code: 10457

Social Security Number: 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 — SSN UTO ☐

Age: 26 ☐ Days ☐ Months ☑ Years — Date of Birth: 11/11/1982

Home Phone: 347-297-6706

Emergency Contact / Emergency Contact Phone #:

## Medical — Presenting Problem

☑ 10 Abdominal Pain
☐ 11 Airway Obstruction
☐ 12 Allergic Reaction
☐ 13 Altered Mental
☐ 14 Asthma
☐ 15 Behavioral Disorder
☐ 16 Cardiac Arrest
☐ 17 Cardiac Symptoms
☐ 18 Chest Pain
☐ 19 Cough
☐ 20 Cough W/Blood
☐ 21 CVA / Stroke
☐ 22 Dehydration
☐ 23 Depression
☐ 24 Diabetic Symptoms
☐ 25 Dizziness
☐ 26 Dyspnea / SOB
☐ 27 Fever
☐ 28 Flu Symptoms
☐ 29 Gen. Malaise
☐ 30 GI (Bleed)
☐ 31 GI (Constipation)
☐ 32 GI (Diarrhea)
☐ 33 Headache
☐ 34 Hyperthermia
☐ 35 Hyperventilation
☐ 36 Hypothermia
☐ 37 Med. Reaction
☑ 38 Nausea
☑ 39 Newly Born
☐ 40 Nose Bleed
☐ 41 GYN
☐ 42 OB-GYN (Comp.)
☑ 43 OB-In Labor
☐ 44 Obvious Death
☐ 45 Resp. Arrest
☐ 46 Resp Failure
☐ 47 Seizure
☐ 48 Sickle Cell Crisis
☐ 49 Sore Throat
☐ 50 Syncope
☐ 51 Unconscious
☐ 52 Urinary Bleeding
☐ 53 Urination Problem
☐ 54 Vomiting
☐ 55 Vomiting Blood
☐ 56 Weakness
☐ 57 Post - Op Comp.
☐ 58 Infectious Disease / Public Health Risk
☐ 97 Not listed (specify in Comments sect.)
☐ 98 Unknown Medical
☐ 99 No Medical Prob.

## Cause of Injury / Illness

☐ 10 Alcohol
☐ 11 Animal Bites
☐ 12 Blunt Force
☐ 13 Bicycle Accident
☐ 14 Collapse
☐ 15 Crush
☐ 16 Dom. Violence
☐ 17 Near Drowning
☐ 18 Drug
☐ 19 Electric Injury
☐ 20 Excessive Cold
☐ 21 Excessive Heat
☐ 22 Explosion
☐ 23 Fall
☐ 24 Fight / Assault
☐ 25 Fire / Scald
☐ 26 Foreign Object
☐ 27 Gun Shot
☐ 28 Haz Mat
☐ 29 Lightning
☐ 30 Machinery
☐ 31 Med. Device Failure
☐ 32 MVA Off Road
☐ 33 MVA Traffic
☐ 34 Pedestrian Struck
☐ 35 Poisoning
☐ 36 Radiation Exp.
☐ 37 Railway Accident
☐ 38 Sexual Assault
☐ 39 Smoke Inhalation
☐ 40 Stabbing
☐ 41 Suffocate / Hypoxia
☐ 42 Susp. Child Abuse
☐ 43 Susp. Elder Abuse
☐ 44 Susp. Suicide
☐ 45 Water Accident
☐ 97 Not listed here (specify in Comments)
☐ 98 Unknown Cause
☑ 99 No Injuries

## Body Matrix (Mark all that apply)

| | Amputation | Bleeding | Burn | Dislocation | Fracture | Pain | Paralysis / Paresis | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|
| Head | | | | | | | | | |
| Face | | | | | | | | | |
| Eye | | | | | | | | | |
| Neck | | | | | | | | | |
| Chest | | | | | | | | | |
| Back (Upper) | | | | | | | | | |
| Back (Lower) | | | | | | | | | |
| Shoulder/Up Arm | | | | | | | | | |
| Elbow / Forearm | | | | | | | | | |
| Wrist | | | | | | | | | |
| Hands / Fingers | | | | | | | | | |
| Abdomen (Upper) | | | | | | | | | |
| Abdomen (Lower) | | | | | | ✓ | | | |
| Pelvis | | | | | | | | | |
| Genitals | | | | | | | | | |
| Upper Leg | | | | | | | | | |
| Knee | | | | | | | | | |
| Lower Leg | | | | | | | | | |
| Ankle / Foot | | | | | | | | | |

## Assessment

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 3 | 144 | 72 P | 86 | 18 | 5 |

| SPO2 | Temperature | GCE | GCV | GCM | GST | Patient Status |
|---|---|---|---|---|---|---|
| | . | | | | — | ☐ C ☐ P ☐ U ☐ S |

Breathing — Quality: ☑ Normal ☐ Labored ☐ Shallow ☐ Irregular
Lung Sounds (L/R): ☑☑ Clear ☐☐ Rales ☐☐ Wheeze ☐☐ Rhonchi ☐☐ Diminish ☐☐ Absent
Circulation (skin): Color ☑ Normal; Temp. ☑ Normal; Cond. ☑ Normal; Radial Pulse (A) ☑ Present; Cap. Refill (P) ☐ <= 2 Sec ☐ > 2 Sec
Pupils (L/R): ☑☑ Reacts ☐☐ Sluggish ☐☐ Unreactive ☐☐ Dilated ☐☐ Constricted
Mental Status: ☑ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 13 | 144 | 70 P | 80 | 16 | 5 |

Breathing — Quality: ☑ Normal ☐ Labored ☐ Shallow ☐ Irregular
Lung Sounds (L/R): ☑☑ Clear ☐☐ Rales ☐☐ Wheeze ☐☐ Rhonchi ☐☐ Diminish ☐☐ Absent
Circulation (skin): Color ☑ Normal; Temp. ☑ Normal; Cond. ☑ Normal; Radial Pulse (A) ☑ Present; Cap. Refill (P) ☐ <= 2 Sec ☐ > 2 Sec
Pupils (L/R): ☑☑ Reacts ☐☐ Sluggish ☐☐ Unreactive ☐☐ Dilated ☐☐ Constricted
Mental Status: ☑ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| | | P | | | |

## Treatment

☐ CPR
☐ AED Application — Crew #
☐ NSI
\# Shocks Delivered
☐ Airway Maintenance
☐ Modified Jaw Thrust
☐ Oral Airway
☐ Nasal Airway
☐ Mouth to Mask
☐ Abd./Chest Thrust
☐ Suction
☐ Cervical Collar
SSID: ☐ Vest ☐ SSB
☐ Long SID
☐ Head Immobilizer
☐ Rapid Extrication
Splint: ☐ Fixation ☐ Traction
☐ Sling / Swathe
☐ Pressure Point
☐ Pressure Dressing
☐ Wound Dressing
☐ Elevation
☐ Irrigation
☐ Cold Application
☐ Patient Warming
☐ Burn Care
☐ Induced Vomiting
Restrained by: ☐ PD ☐ EMS

☐ Nasal Cannula
☐ Non-Rebreather
☐ Bag Valve Mask
☐ Nebulizer
Oxygen L / M
☐ Baby
APGAR - Initial ___ 5 min ___
☐ Placenta Delivered

### ALS Crew Only

☐ ALS Assessment
☐ Magill Forceps
☐ Endotracheal Tube — Crew 1 Attempts / Crew 2 Attempts — S / UTO
Tube Size
☐ Secondary ETT Verification
☐ Cricothyrotomy — Crew #
☐ Needle Decompression — L / R — Crew #
☐ NG Tube — Crew #
☐ IV ☐ I.O ☐ S. Lock — Crew 1 Attempts / Crew 2 Attempts — S / UTO
Gauge
☐ 2nd IV — Crew 1 Attempts / Crew 2 Attempts — S / UTO
Gauge

## Flow Chart

| Elapsed Time | Crew | Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

SH9001 (1 of 2), Rev 3F, 0510

© 2009 Sansio

Aug 18, 2009

Jacobi Medical Center
1400 Pelham Parkway South
Bronx, NY 10461

Chandler,Daitima 2776926-2 IP
5SJ 06E/O Age: 26Y Sex: F
DOB: Nov 11, 1982 MR # 2776926
Adm: Aug 17, 2009
Att Phys: Meholli,Mimoza, MD
Svce: Internal Medicine

Admission Information

Date of Admission: 17 Aug 09 Svce/Ward: MED/5SJ
Chief Complaint : Vomiting

History & Physical, Findings

Course of Treatment

CC: Vomiting

HPI:
Ms. Chandler is 26 year old female, G3P2, PMHx of GERD, Anemia, ? PKD-adult type (on abdominal CT in 04), marijuana abuse, previous hospitalization in 04 for persistent vomiting, arrested on August 16th (patient was walking with her children when she got into a fight with a police officer who punched her in the face. Patient was arrested for assault of a police-officer) 2 ED visits during police custody, the first for her left eye swelling, the second on Sunday for vomiting. Patient now presents with vomiting and pins and needle sensations of her entire body. Patient reports intolerable epigastric discomfort/ "cramp like" sensation. The discomfort is worse in the morning and prior to meals. Patient reports eating every 2 hours which alleviates the pain. Eating cheese, dairy products, lying down aggravate the pain. Standing or sitting alleviate the pain. Patient also reports nausea and 4-5 episodes of non-bloody, non-bilious vomiting prior to ED arrival. Patient reports decreased PO intake. Patient reports weight loss, not sure how much. Patient denies abdominal pain, diarrhea, constipation, chest pain, shortness of breath.

Epigastric discomfort/ cramp-like sensation is well known to patient, occurring for years when the patient does not eat frequently. Discomfort is alleviated with eating, without any medications, and is not accompanied by any vomiting.

During examination, patient looks uncomfortable and is spitting up white saliva.

Hospital Course:
VS: 139/85 65 16 (100% on RA), T 98.6, FG 106
Patient in police custody. Patient had no more episodes of vomiting during hospital stay however continued to complain of mid-epigastric abdominal pain. For patient's left eye swelling and ecchymosis, CT revealed soft tissue swelling surrounding the left side, no traumatic brain injury and no visualized fracture or intra-orbital injury. Patient placed on a PPI trial.

Discharge Medications:
Esomeprazole

Follow-up Appointments:
Medicine

Discharge Summary: CHART COPY REPRINT

Aug 18, 2009

Jacobi Medical Center
1400 Pelham Parkway South
Bronx, NY 10461

Chandler,Daitima 2776926-2 IP
5SJ 06E/O Age: 26Y Sex: F
DOB: Nov 11, 1982 MR # 2776926
Adm: Aug 17, 2009
Att Phys: Meholli,Mimoza, MD
Svce: Internal Medicine

September 29 at 1:45 pm
Building 8, 4th Floor

F/u H. Pylori Antibody
F/u Endomysial Ab for atypical celiac disease
F/u ? polycystic kidney disease

Recommendations:
Consider outpatient UGI Endoscopy

Vaccines

Last Fluvax
Last Pneumovax

Pneumovax Eligible? no

Discharge Information

D/C: 18 Aug 09

Svce/Ward: MED/5SJ

Discharge Data:

| | |
|---|---|
| Dispo | : home/services not indicated |
| Activity | : resume same activity as before hospitalization |
| Diet | : regular |
| Medication Regimen Edu | : Yes, I have educated the pateint regarding his/her medication regimen. |
| Next Appt | : Helicobacter Pylori Ab IgG, Qual |
| Depressed Card Eject F | : no |
| AMI during this Hosp? | : no |
| Instr Note | : If your symptoms come back or worsen after you are discharged, or if you notice new leg swelling,difficulty breathing,weight gain or loss of 2 or more pounds, please contact your doctor or come to the emergency room. DVT prevention education given to patient. |
| Primary Diagnosis | : GERD |
| Secondary Diagnoses | : none |
| Procedures | : |
| Drug Allergies | : |
| Smoking Cessation | : this patient has not smoked tobacco within the p |

Aug 18, 2009

Jacobi Medical Center
1400 Pelham Parkway South
Bronx, NY 10461

Chandler,Daitima 2776926-2 IP
5SJ 06E/O Age: 26Y Sex: F
DOB: Nov 11, 1982 MR # 2776926
Adm: Aug 17, 2009
Att Phys: Meholli,Mimoza, MD
Svce: Internal Medicine

INSTRUCTIONS TO PATIENT

Deep Vein Thrombosis (also called DVT) is a blood clot that can form in your leg veins. While DVT is a fairly common condition, it is also a dangerous one. Your risk for DVT increases if you have been recently Hospitalized. Most patients with DVT have some pain, swelling and or tenderness in one or both legs. If you develop any of these symptoms, please call your doctor right away. You can help to prevent DVT by frequently exercising your lower leg muscles if you will be inactive for a prolonged period of time by getting out of bed, and moving around after having surgery or being ill.

CALL 911 for EMERGENCY MEDICAL SERVICES IN CASE OF PROBLEM or EMERGENCY or call Adult Emergency Room, (718) 918-5800

Meholli,Mimoza, MD
(attending physician)

Signed By:
Zezon,Anna H., MD
(Resident )

Aug 18, 2009

Patient:

I have received a copy of these instructions and I understand them.

[signature]
(patient's signature)

8 / 18 / 09
(mo) (day) (year)
(date signed)

**…OBI MEDICAL CENTER**

| MISSION NO. | SERVICE | STATION | ROOM/BED | P/T | PRE ADM NO. | ADM. DATE | ADM. TIME | DISCHARGE DATE | DISCHARGE TIME | DAYS | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| :9145075 | MED | 5SJ | 5S060EW | | | 08/17/09 | 06:30 | | | | 2776926 |

| TIENT NAME (LAST NAME, FIRST, M.I.) AND ADDRESS | FULL MAIDEN NAME OR ALIAS / PHONE NO. / IN CARE OF | BIRTHPLACE | BIRTHDATE | AGE |
|---|---|---|---|---|
| :HANDLER, DAITIMA<br>:179 WASHINGTON AV<br>NX, NY 10457 | 347-297-6706 APT. 23 | USA | 11/11/1982 | 26 |

| SEX | M/S | RACE | REL. | ADM. SOURCE | FIN. CLASS | NO. INS. |
|---|---|---|---|---|---|---|
| F | S | B | UNK | EO | P | 4 |

| SECURITY NO. | FATHER'S FULL NAME | MOTHER'S FULL MAIDEN NAME | ACCIDENT | DATE | JOB RELATED | MODE OF ARRIVAL |
|---|---|---|---|---|---|---|
| .04-68-0189 | UNK, UNK | UNK | | | NO | |

TIENT EMPLOYER (NAME AND ADDRESS)

PATIENT EMPLOYED? PHONE NO. 212-000-0000

PATIENT OCCUPATION

RSON TO BE NOTIFIED IN CASE OF EMERGENCY – NAME (FIRST, LAST, M.I.) AND ADDRESS ,

NEXT OF KIN – NAME (FIRST, LAST, M.I.) AND ADDRESS ,

T. | RELATIONSHIP | PHONE | BUSINESS PHONE | APT. | RELATIONSHIP | PHONE | BUSINESS PHONE

EVIOUS ADMISSION/HOSPITAL | DATE | FAMILY MEMBER'S NAME

| | ATTENDING DOCTOR | ADMISSION DIAGNOSIS |
|---|---|---|
| MEHOLLI MIMOZA | MEHOLLI MIMOZA | VOMITING |

| …LES | PATIENT'S CONDITION | P A APPROVAL? | ARRIVAL DATE | ADMITTED BY | PRE-OP DATE | SCH. O.R. DATE |
|---|---|---|---|---|---|---|
| NO | | | 08/17/09 | AM1 | | |

EDICARE PLAN | MEDICARE NUMBER | PART B?

EDICAID PLAN ? | MEDICAID NO. | MEDICAID LINE NO. | MEDICAID CAT. | MEDICAID CARDHOLDER | RELSHP. | DATE | E/A | CENTER

UE CROSS PLAN | BLUE CROSS NO. AND SUFFIX | BLUE CROSS GROUP NO. | BLUE CROSS CARDHOLDER | RELSHP. | EMPLOYER

HER INSURANCE PLAN | OTHER INS. POLICY NO. | OTHER INS. GROUP NO. | CARDHOLDER | EMPLOYER

ION? | UNION NAME | UNION ADDRESS | PHONE | RELATIONSHIP

:HANDLER, DAITIMA
:179 WASHINGTON AV
NX, NY 10457

APT. 23
RELATIONSHIP S
PHONE 347-297-6706
GUARANTOR'S OCCUPATION

EMPLOYER (NAME AND ADDRESS)

EMPLOYER PHONE

SPOUSE OR PARENT INFORMATION: NAME OF PERSON | EMPLOYER | EMPLOYER'S ADDRESS
TELEPHONE NO. | UNION AFFILIATION

MAINTENANCE: TOTAL INCOME | FAMILY SIZE | RENT

SAVINGS:
NAME OF BANK | ADDRESS
ACCOUNT NO. | CREDITED TO | PRESENT BALANCE
NAME OF BANK | ADDRESS
ACCOUNT NO. | CREDITED TO | PRESENT BALANCE

HER ASSETS: STOCKS AND BONDS

| DATE | SERVICE REPRESENTATIVE'S REPORT |
|---|---|
| | |
| | |
| | |
| | |
| | |

Jacobi Medical Center
Emergency Triage - Adult

ent Name: Chandler,Daitima EP/ SMS: 22927769264 MRN: 2776926
: 11/11/1982
e : 26Y Sex: F Height: cm. Weight: 56.7 kgs
iaged By : Welbeck,Jacqueline, RN Test Date: 08/17/2009 0326

if Complaint: **Nausea x 2 days, pins and needles all over x today. Denies**
vomiting or abdominal pain
iage Class : **Level 4**
signed Area: **Green**

---

scheduled Emergency Triage - Adult
ent Time: Mon, 17 Aug 09 0326 Status: complete

n, 17 Aug 09 0335

rival by : Ambulatory Police precinct 43, badge number of officer 7363
onsive : yes
f Complaint: Nausea x 2 days, pins and needles all over x today. Denies vomiting or abdominal pain
: 139/85 mm Hg
: 65 bpm
: 16
np : 98.6 F (37.0 C) Route: oral
ght : 56.7 kg (125 lbs 0 oz) patient states
u : not applicable
se Ox : 100 %
n : Current Pain: no c/o pain
tive : pt in handcuffs, appears comfortable, spitting. Noted ecchymosis to rt eye from previous injury.
m Method : spoken word
C : alert
S : Total Glasgow Score: 15 GCS WNL: yes Eye Response: opens eyes spontaneously Motor Response: obeys commands Verbal Response: oriented
t Med Hx : ACID REFLUX
x : none
Allergies : no known
Allergies : no known food/environmental allergies
F : now
Screen : not exposed
tanus : not applicable
RS/Pneumonia : Fever: no Cough: no Chest Pain: no Recent Travel: no
Violence : Hx of DV?: no
IAGE CLASS : Level 4
sgn AreaJ : Green

---

Case 1:12-cv-05161-JMF Document 1-2 Filed 07/02/12 Page 15 of 20

☒ Jacobi Medical Center ☐ North Central Bronx Hospital

**NORTH BRONX HEALTHCARE NETWORK**

**ADULT EMERGENCY DEPARTMENT**

**NURSING CONTINUATION RECORD**

Time Presented to MD: 0335 am

Name of MD: Paranjpe

Presented by: Melchor

Location of Patient: B

Name:

Chart #

## NURSING NOTES

| DATE/ TIME | NURSING NOTES |
|---|---|
| 8/17/09 0430 am | Pt on NYPD hold, c/o epigastric pain, back pain x 2 days. Pain scale 6/10. Patient also c/o nausea & vomiting. Abdomen soft, nondistended. Pt actively vomiting. Pt being examined by Dr Chen @ this time. Labs sent. 1 liter NS infusing. 20 mg Pepcid infusing @ this time. Evaluation ongoing. Melchor RN |
| 8⁴⁰ | Pt is being taken by [illegible] on stretcher, [illegible] [illegible] NS infusing still & NYPD [illegible] [illegible]. Evaluation continues [illegible] |

| DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT | DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT |
|---|---|---|---|---|---|
| | IV Access | NS | | Cardiac Monitor | |
| | O₂ | | | EKG #1 | |
| | Foley Cath | | | EKG #2 | |
| | Ice Pack | | | CBC | |
| | Splint | | | CHEMISTRY | |
| | CT Scan | | | UA | |
| | X-Rays | | | Cardiac Enzymes | |
| | Ultrasound | | | Type X-Match ___ Units | |
| | Drug Level (name) | | | UCG | |
| | Other (name) | | | Toxicology Screen: | |
| | Other (name) | | | PT/PTT | |

| DATE/ TIME | OUTPUT Type | Amount | Initials |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | |

| VITAL SIGNS DATE/ TIME | B/P | P | R | T | $O_2$ SAT | Finger Stick | Pain Score |
|---|---|---|---|---|---|---|---|
| 8/17/09 4am | 112/65 | 78 | 18 | 98.9 | 100% | | 8 |
| 8/17/09 8:15 | 118/75 | 72 | 16 | 98.5 | 95% | | 8 |
| On transfer/ discharge | | | | | | | |

EIRNCR (6/08)

# NBHN ADULT EMERGENCY DEPARTMENT

EC # 776926 | ACCT. NO. 022927769264 | EMERGENCY: ADULT EMERGENCY | CODE 000 | REG DATE AND TIME 08/17/2009 02:15

A/C M | ACCIDENT DATE AND TIME | PRCT | BADGE NO. | SOCIAL SECURITY NO. 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 | M/S S | SEX F | RELIGION UNK | RACE B | DATE OF BIRTH 11/11/1982 | AGE 26Y | BIRTHPLACE USA

NAME AND ADDRESS
ANDLER DAITIMA
WASHINGTON AVE APT/FLOOR 23
ONX NY 10457
347-297-6706
NAME UNK

PATIENT EMPLOYMENT

ERA — 106750

PERSON TO BE NOTIFIED
APT/FLOOR
TIONSHIP
E PHONE
BUSINESS PHONE
MANAGED CARE
PCP & SITE

GUARANTOR NAME AND ADDRESS
ANDLER DAITIMA
79 WASHINGTON AVE APT/FLOOR 23
ONX NY 10457 REL S
347-297-6706 S/S# 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

GUARANTOR EMPLOYMENT
PHONE

| PREFIX | MEDICARE NO. | SUFFIX | B? | PLAN CODE | MEDICAID NO. | LINE NO. | EXP. DATE | PLAN CODE | FEE | AMOUNT | C/R | P/T | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | E | EMR |

| ISS ID NO. | SUFFIX | PLAN CODE | CONTRACT HOLDER | PATIENT RELATION TO CONTRACT HOLDER |
|---|---|---|---|---|
| | | | | |

INSURANCE NAME AND ADDRESS | PLAN CODE POLICY NO. | GROUP NO. | GROUP NO.

SYSTEM TIME:08/17/2009 04:21 | UNION NAME | LOCAL NO. | REG BY:SDA

## Consent for General Medical Treatment

I, ______________________, knowing that I am seeking services for a condition requiring medical and hospital care do herewith voluntarily consent to such care including routine diagnostic and therapeutic procedures and medical treatment to be provided by the physicians, dentists, medical staff and personnel at this hospital. I acknowledge that no guarantees have been made to me as to the results of treatments or examinations in this hospital. This consent has been fully explained to me and I certify that I understand its contents.

Witness: [signature] Date

X NYPD Hold

Signature of Patient, Relative or Legal Guardian if Relative or Legal Guardian signs, see Note below. (If relative, indicate relationship to patient. ______) Date

## Consentimiento De Tratamiento Medico General

Yo ______________________, consiento de que estoy buscando atención para un problema de salud que exige atención médica y asistencia hospitalaria, consiento voluntariamente por el presente que se me brinde dicha atención, inclusive el diagnóstico de rutina, tratamientos terapéuticos y tratamiento médico por parte del médico, dentistas, cuerpo médico y personal de este hospital. Reconozco que no se me han ofrecido garantías respecto a los consentimiento y certifico que entiendo el contenido de éste.

Testigo: ______ Fecha ______ Firma del paciente, pariente o tutor. Si firma el pariente o tutor, véase la nota que figura abajo. (Si firma el pariente indíquese el parentezco con el paciente. ______) Fecha

## Acknowledgement

By signing and dating the form below, I acknowledge that I have received a copy of the New York City Health and Hospitals Corporation's Privacy Notice.

X NYPD Hold

Patient's Signature

If executed by a patient's personal representative, please print your name in the space below:

Personal Representative's Name | Personal Representative's Signature

SD | 8/17/09

NYCHHC Employee's Initials | Today's Date

New York City Health and Hospitals Corporation

MANAGEMENT - COURSE/PROCEDURES IN E.D.:
Pt. received 1L IVNS 4mg Zofran, + Pepcid IV.
Pt. recieved 10mg IVSI Reglan - 20mg Benadryl IV

CONSULTING SERVICE(S) CONTACTED:

Procedure "time-out": I verify correct patient/Procedure/Site: ______ (MD Print) ______ (Initial) ______

DX 1. Intractible Vomiting 3. ______
2. ______ 4. ______

ADMIT: WARD Floor SERVICE Medicine TIME 6:30 ☒AM ☐PM

DISCHARGE: CONDITION ______ DATE: ______ TIME ______ ☐AM ☐PM

PROVIDER: PRINT NAME & SIGN [signature] PIN 3320 ATTENDING: PRINT NAME & SIGN [signature]

AER-1PT (6/08)

PRINT NAME OF MD INITIATING CARE: Susan Thomas. MS4. PIN ________ TIME ________ ☐ AM ☐ PM

HISTORY & PHYSICAL

DVHX (IF APPLICABLE) INDICATE SAFE F/U PHONE #

PAIN SCALE 0 - 10

Pt. is a 26yo female who was d/c from the ED this evening for n/v. Pt returns to ED w/ 4 episodes of n/v since d/c. Pt. states vomitus is yellow, nonbilious, non-bloody. Pt denies abdominal pain, ⊖ diarrhea ⊖ fevers ⊖ chills. Pt states she is able to keep fluids, has not attempted solids. Pt. denies headaches, dizziness, chest pain, & SOB. Pt has Ⓛ ~~eye~~ black eye from "a cop punching me." Pt states vomiting episodes began several hrs. after the incident. Pt denies vaginal discharge, ⊖ pelvic pain ⊖ dysuria. Urine pregnancy taken today is negative.

PMHx: GERD.

Allergies: NKDA.

Surgeries: C-section.

Social: denies toxic habits x3

General: NAD.

HEENT · ~~NAD,~~ atraumatic, normocephalic, PERLA, anicteric sclera.

Neck no lymphadenopathy. ☐ C-COLLAR REMOVED PER NEXUS CRITERIA

Lungs bilateral vesicular breath sounds, no wheezes, no rhonchi, no rales.

Back no CVA tenderness

Cor

Abd soft, nontender + BS (normoactive), no masses, no organomegaly.

Extr extremities well perfused x4., capillary refill good.

Neuro

GU / GYN

Rectal

Skin

☐ X-RAY

☐ EKG 1)

2)

LABORATORY

| ☐ CBC | ☐ SMA-7 | ☐ U / A | ☐ ABG | ☐ OTHER |
|---|---|---|---|---|
| 119 / 9.9 / 30.8 / 131 | 142 / 110 / 12 / 4 / 21.5 / 0.8 / 106. | | | |
| ☐ BLOOD BANK | ☐ SMA-12 | ☐ C&S | | |

NAME

CHART #:

# FDNY Prehospital Care Report

Unit # 15S | CAD # 0210 | Unit # 03K1 | ☒ BLS ☐ ALS | 7351018

## CALL INFO

| Today's Date | Assigned | En Route (63) | On Scene (84) | Patient Contact | To Destination (82) | At Destination (81) | Avail / In Service |
|---|---|---|---|---|---|---|---|
| 08/17/09 | 0118 | 0118 | 0130 | 01 | 0158 | 0211 | |

Incident Address: 900 FTELEY AVE

Apt Number:

Prior Treatment(s) / by whom: | Police Agency: | Shield #: | Responded From:

CREW #1 Driver's Shield #: 3029
CREW #2 Tech / Documentation Shield #: 3411

## PATIENT INFO

Last Name: Chaddler | First Name: Daphne | MI: | ☐ Male ☒ Female | Weight (lb): 125

Street Address: 2179 Washington Av — ☐ Check this box if same as Incident Address ☐ Check this box if patient is Homeless

Apt Number:

City: BX | State: NY | Zip Code: 10457 | Social Security Number: 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 | SSN UTO ☒

Age: 26 ☐ Days ☐ Months ☒ Years | Date of Birth: 11/11/1982 | Home Phone: 347-297-6706 | Emergency Contact / Emergency Contact Phone #:

## Medical

☐ 10 Abdominal Pain
☐ 11 Airway Obstruction
☐ 12 Allergic Reaction
☐ 13 Altered Mental
☐ 14 Asthma
☐ 15 Behavioral Disorder
☐ 16 Cardiac Arrest
☐ 17 Cardiac Symptoms
☐ 18 Chest Pain
☐ 19 Cough
☐ 20 Cough W/Blood
☐ 21 CVA / Stroke
☐ 22 Dehydration
☐ 23 Depression
☐ 24 Diabetic Symptoms
Dizziness
☐ 25 Dyspnea / SOB
☐ 27 Fever
☐ 28 Flu Symptoms
☐ 29 Gen. Malaise
☐ 30 GI (Bleed)
☐ 31 GI (Constipation)
☐ 32 GI (Diarrhea)
☐ 33 Headache
☐ 34 Hyperthermia
☐ 35 Hyperventilation
☐ 36 Hypothermia
☐ 37 Mod. Reaction
☒ 38 Nausea
☐ 39 Newly Born
☐ 40 Nose Bleed
☐ 41 GYN
☐ 42 OB-GYN (Comp.)
☐ 43 OB-In Labor
☐ 44 Obvious Death
☐ 45 Resp. Arrest
☐ 46 Resp. Failure
☐ 47 Seizure
☐ 48 Sickle Cell Crisis
☐ 49 Sore Throat
☐ 50 Syncope
☐ 51 Unconscious
☐ 52 Urinary Bleeding
☐ 53 Urination Problem
☒ 54 Vomiting
☐ 55 Vomiting Blood
☐ 56 Weakness
☐ 57 Post - Op Comp.
☐ 58 Infectious Disease / Public Health Risk
☐ 97 Not listed (specify in Comments sect.)
☐ 98 Unknown Medical
☐ 99 No Medical Prob.

## Cause of Injury / Illness

☐ 10 Alcohol
☐ 11 Animal Bites
☐ 12 Blunt Force
☐ 13 Bicycle Accident
☐ 14 Collapse
☐ 15 Crush
☐ 16 Dom. Violence
☐ 17 Near Drowning
☐ 18 Drug
☐ 19 Electric Injury
☐ 20 Excessive Cold
☐ 21 Excessive Heat
☐ 22 Explosion
☐ 23 Fall
☐ 24 Fight / Assault
☐ 25 Fire / Scald
☐ 26 Foreign Object
☐ 27 Gun Shot
☐ 28 Haz Mat.
☐ 29 Lightning
☐ 30 Machinery
☐ 31 Med. Device Failure
☐ 32 MVA Off Road
☐ 33 MVA Traffic
☐ 34 Pedestrian Struck
☐ 35 Poisoning
☐ 36 Radiation Exp
☐ 37 Railway Accident
☐ 38 Sexual Assault
☐ 39 Smoke Inhalation
☐ 40 Stabbing
☐ 41 Suffocate / Hypoxia
☐ 42 Susp. Child Abuse
☐ 43 Susp. Elder Abuse
☐ 44 Susp. Suicide
☐ 45 Water Accident
☐ 97 Not listed here (specify in Comments)
☐ 98 Unknown Cause
☒ 99 No Injuries

## Body Matrix

(Mark all that apply)

| | Amputation | Bleeding | Burn | Dislocation | Fracture | Pain | Paralysis / Paresis | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|
| Head | | | | | | | | | |
| Face | | | | | | | | | |
| Eye | | | | | | | | | |
| Neck | | | | | | | | | |
| Chest | | | | | | | | | |
| Back (Upper) | | | | | | | | | |
| Back (Lower) | | | | | | | | | |
| Shoulder/Up Arm | | | | | | | | | |
| Elbow / Forearm | | | | | | | | | |
| Wrist | | | | | | | | | |
| Hands / Fingers | | | | | | | | | |
| Abdomen (Upper) | | | | | | | | | |
| Abdomen (Lower) | | | | | | | | | |
| Pelvis | | | | | | | | | |
| Genitals | | | | | | | | | |
| Upper Leg | | | | | | | | | |
| Knee | | | | | | | | | |
| Lower Leg | | | | | | | | | |
| Ankle / Foot | | | | | | | | | |

## ASSESSMENT

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 03 | 138 | 72 | 60 | 20 | |

| SPO2 | Temperature | GCE | GCV | GCM | GST | Patient Status |
|---|---|---|---|---|---|---|
| | | | | | | ☐ C ☐ P ☐ U ☒ S |

Breathing — Quality: ☒ Normal ☐ Labored ☐ Shallow ☐ Irregular
Lung Sounds (L / R): ☒ ☒ Clear; ☐ ☐ Rales; ☐ ☐ Wheeze; ☐ ☐ Rhonchi; ☐ ☐ Diminish; ☐ ☐ Absent
Circulation (skin): Color: ☒ Normal ☐ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice; Temp.: ☒ Normal ☐ Hot ☐ Cool ☐ Cold; Cond.: ☒ Normal ☐ Diaphor. ☐ Moist ☐ Dry ☐ Rash; Radial Pulse (A): ☒ Present ☐ Absent; Cap. Refill (P): ☐ <= 2 Sec ☐ > 2 Sec
Pupils (L / R): ☒ ☒ Reacts; ☐ ☐ Sluggish; ☐ ☐ Unreactive; ☐ ☐ Dilated; ☐ ☐ Constricted
Mental Status: ☒ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 12 | 140 | 70 | 60 | 20 | |

Breathing — Quality: ☐ Normal ☐ Labored ☐ Shallow ☐ Irregular
Lung Sounds (L / R): ☒ ☒ Clear; ☐ ☐ Rales; ☐ ☐ Wheeze; ☐ ☐ Rhonchi; ☐ ☐ Diminish; ☐ ☐ Absent
Circulation (skin): Color: ☒ Normal ☐ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice; Temp.: ☒ Normal ☐ Hot ☐ Cool ☐ Cold; Cond.: ☒ Normal ☐ Diaphor. ☐ Moist ☐ Dry ☐ Rash; Radial Pulse (A): ☒ Present ☐ Absent; Cap. Refill (P): ☐ <= 2 Sec ☐ > 2 Sec
Pupils (L / R): ☒ ☒ Reacts; ☐ ☐ Sluggish; ☐ ☐ Unreactive; ☐ ☐ Dilated; ☐ ☐ Constricted
Mental Status: ☒ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| | | | | | |

## TREATMENT

☐ CPR
☐ AED Application — Crew # ☐ 1 ☐ 2
☐ NSI
\# Shocks Delivered
☐ Airway Maintenance
☐ Modified Jaw Thrust
☐ Oral Airway
☐ Nasal Airway
☐ Mouth to Mask
☐ Abd/Chest Thrust
☐ Suction
☐ Cervical Collar
SSID: ☐ Vest ☐ SSB
☐ Long SID
☐ Head Immobilizer
☐ Rapid Extrication
Splint: ☐ Fixation ☐ Traction
☐ Sling / Swathe
☐ Pressure Point
☐ Pressure Dressing
☐ Wound Dressing
☐ Elevation
☐ Irrigation
☐ Cold Application
☐ Patient Warming
☐ Burn Care
☐ Induced Vomiting
Restrained by: ☐ PD ☐ EMS

☐ Nasal Cannula
☐ Non-Rebreather
☐ Bag Valve Mask
☐ Nebulizer
Oxygen L / M
☐ Baby
APGAR - Initial / 5 min
☐ Placenta Delivered

### ALS Crew Only

☐ ALS Assessment
☐ Magill Forceps
☐ Endotracheal Tube — Tube Size; Crew 1 Attempts; Crew 2 Attempts; S; UTO
☐ Secondary ETT Verification
☐ Cricothyrotomy — Crew # ☐ 1 ☐ 2
☐ Needle Decompression — L ☐ R ☐ — Crew # ☐ 1 ☐ 2
☐ NG Tube — Crew # ☐ 1 ☐ 2
☐ I.V ☐ I.O ☐ S. Lock — Gauge; Crew 1 Attempts; Crew 2 Attempts; S; UTO
☐ 2nd I.V. — Gauge; Crew 1 Attempts; Crew 2 Attempts; S; UTO

## FLOW CHART

| Elapsed Time | Crew Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

SH9001 (1 of 2), Rev 3F, 0510 — © 2009 Sansio — (Page 1)

[EMS Prehospital Care Report form (SH9001, Rev 3F, 0510), page 2 of 2, © 2009 Sansio — form appears inverted and largely handwritten; content not transcribable as clean text.]