Supreme Court
of the
State of New York

Bronx County Hall of Justice
Supreme Court - Criminal Division
265 East 161st Street
Bronx, New York 10451

Date: April 19, 2011

Re: People of the State of New York

vs.

Daitina Chandler

Case # 53041C-2009

To whom it may concern:

Daitina Chandler appeared in this court on 4-13-11.

The pending case, # 53041C-2009 involving the above named individual has been ***Adjourned in Contemplation of Dismissal*** *and will be* ***Dismissed*** *on* 10-12-2011; *the record will be* ***Sealed.***

Respectfully,
Central Clerks Office
Correspondence Unit

```
AHC1                         CRIMS APPEARANCE MENU                      04/19/2011
COUNTY: BRONX                APPEARANCE HISTORY                           7053
                                                  DOCKET #: 2009BX053041
  NAME: CHANDLER,DAITIMA                            CASE #: 53041C-2009
      CCN: 63731657 Z       NYSID #: 03886327 L       ARREST #: B09665645
      DOB: 11/11/1982    DEF STATUS: VFO         ARREST DATE: 08/15/2009
IN CARE OF:                                STANDARD & GOAL AGE: 0000260
    STREET: 2179 WASHINGTON A              APT/FLR:
      CITY: BRONX                            STATE: NY        ZIP:
      RACE: B    SEX: F                                       FINISHED 05/06/2010
------------------------------------------------------------------------------
10/12/2011 (SEA)   ACD-S

04/13/2011 (COM)   50         JDG:MCGUIRE,W      RPTR:PERLMAN,   NT   ACD55
       ROR

02/14/2011 (COM)   50         JDG:MCGUIRE,W      RPTR:LITTLE,   NT   ADJ,CONS
       ROR

APPEARANCE OPTION:      1) ALL, 2) FINAL DISP,        PF11 TO VIEW   PF9 TO VIEW
3) APPELLATE, 4) KEY - ARRAIGN, DISP, SENT, RESENT        MOTIONS        CHARGES
COMMAND:        MESSAGE:
```

**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

March 25, 2010

Ms. Daitima Chandler
2179 Washington Avenue #23
Bronx, NY 10457

Re: CCRB case number 200912644

Dear Ms. Chandler:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter : | | Board finding(s) : |
|---|---|---|
| A) | Force:<br>PO Carlos Medina used physical force against Daitima Chandler. | Exonerated |
| B) | Discourtesy:<br>Sgt. Sasha Rosen spoke discourteously to Daitima Chandler. | Unsubstantiated |

For an explanation of the Board's finding(s), please refer to the enclosed form, which details what each finding means.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any further questions about this matter, please call Team Manager Robert Rodriguez (T6), who supervised the investigation of this case, at (212) 442-8831.

Sincerely,

Joan M. Thompson
Executive Director

Enclosure

NORTH ADULT EMERGENCY DEPARTMENT

| ACCT. NO. | EMERGENCY | CODE | REG DATE AND TIME |
|---|---|---|---|
| 2776926 | 022827769264 | ADULT EMERGENCY | 000 | 08/16/2009 11:36 |

| A/C | ACCIDENT DATE AND TIME | PRCT | BADGE NO. | SOCIAL SECURITY NO. | M/S | SEX | RELIGION | RACE | DATE OF BIRTH | AGE | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAM | | | | 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 | S | F | UNK | B | 11/11/1982 | 26Y | USA |

PATIENT NAME AND ADDRESS

CHANDLER DAITIMA
2179 WASHINGTON AVE APT/FLOOR 23
BRONX NY 10457
PHONE NO. 347-297-6706
EMPLOYER'S NAME UNK

PATIENT EMPLOYMENT

**ERA — 106701**

PERSON TO BE NOTIFIED

APT/FLOOR

RELATIONSHIP

HOME PHONE

BUSINESS PHONE

MANAGED CARE

PCP & SITE

GUARANTOR NAME AND ADDRESS

CHANDLER DAITIMA
2179 WASHINGTON AVE APT/FLOOR 23
BRONX NY 10457 REL S
347-297-6706 S/S# 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

GUARANTOR EMPLOYMENT

PHONE

| PREFIX | MEDICARE NO. | SUFFIX | B? | PLAN CODE | MEDICAID NO. | LINE NO. | EXP. DATE | PLAN CODE | FEE | AMOUNT | C/R | P/T | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | E | EMR |

| CROSE ID NO | SUFFIX | PLAN CODE | CONTRACT HOLDER | PATIENT RELATION TO CONTRACT HOLDER |
|---|---|---|---|---|
| | | | | |

| INSURANCE NAME AND ADDRESS | PLAN CODE POLICY NO. | GROUP NO. | GROUP NO. |
|---|---|---|---|
| | | | |

SYSTEM TIME:08/16/2009 11:56 UNION NAME LOCAL NO. REG BY:TIF

**Consent for General Medical Treatment**

_____________, knowing that I am seeking services for a condition requiring medical and hospital care do herewith voluntarily consent to such care including routine diagnostic and therapeutic procedures and medical treatment to be provided by the physicians, dentists, medical staff and personnel at this hospital. I acknowledge that no guarantees have been made to me as to the results of treatments or examinations in this hospital. This consent has been fully explained to me and I certify that I understand its contents.

Witness: [signature] Date

X UTS
Signature of Patient, Relative or Legal Guardian if Relative or Legal Guardian signs, see Note below. (If relative, indicate relationship to patient _______________) Date

**Consentimiento De Tratamiento Medico General**

Yo _____________, consiente de que estoy buscando atención para un problema de salud que exige atención médica y asistencia hospitalaria, consiento voluntariamente por el presente que se me brinde dicha atención, inclusive el diagnóstico de rutina, tratamientos terapéuticos y tratamiento médico por parte del médico, dentistas, cuerpo médico y personal de este hospital. Reconozco que no se me han ofrecido garantías respecto a los consentimiento y certifico que entiendo el contenido de éste.

Testigo: Fecha

Firma del paciente, pariente o tutor. Si firma el pariente o tutor, véase la nota que figura abajo. (Si firma el pariente indíquese el parentezco con el paciente _______________) Fecha

**Acknowledgement**

By signing and dating the form below, I acknowledge that I have received a copy of the New York City Health and Hospitals Corporation's Privacy Notice.

X NYPD Hold UTS
Patient's Signature

If executed by a patient's personal representative, please print your name in the space below:

Personal Representative's Name

Personal Representative's Signature

T.V
NYCHHC Employee's Initials

8/16/09
Today's Date

New York City Health and Hospitals Corporation

MANAGEMENT - COURSE/PROCEDURES IN E.D.:

Pt. given Zofran for nausea, IVF [with] NS @ 9 & DS since pt has had no meal since yesterday. Pt. continued vomiting in ED - but only it [illegible] per 2 nurses. Vomiting stopped @ time of discharge [with] pt. back to police custody.

CONSULTING SERVICE(S) CONTACTED:

Procedure "time-out": I verify correct patient/Procedure/Site: _______________ (MD Print) _______________ (Initial) _______________

DX
1. Emesis
2.
3.
4.

ADMIT: WARD _______________ SERVICE _______________ TIME _______________ ☐AM ☐PM

DISCHARGE: CONDITION _______________ DATE: 8/16/09 TIME 7:50 ☐AM ☒PM

[signature] 5579
PROVIDER: PRINT NAME & SIGN PIN ATTENDING: PRINT NAME & SIGN

AER-1PT (6/08)

NAME OF MD INITIATING CARE: [illegible] PIN 58 [illegible] TIME [illegible] ☐ AM ☒ PM

**HISTORY & PHYSICAL**

DVHX (IF APPLICABLE) INDICATE SAFE F/U PHONE #

PAIN SCALE 0 - 10

26 yo F w/ PMH of GERD p/w epigastric abdominal pain since this AM. Pt. was arrested & in jail @ [illegible] & states that she has not had anything to eat since last night & no Nexium which she is prescribed to take daily. (+) abdominal pain @ this time. (+) nausea & (+) vomiting x multiple episodes since this AM – yellow & bilious. States that she has a 5yr. h/o of this. (-) fever, (-) diarrhea

Vitals – HR – 96 BP – 145/72 RR – 19 T. 97.6

Gen: Pt. appears very uncomfortable, kneeling on floor vomiting.

HEENT NC/AT, EOMI

Neck ☐ C-COLLAR REMOVED PER NEXUS CRITERIA

Lungs CTA B/L

Back

Cor $S_1S_2$ RRR

Abd Soft, ~~[illegible]~~/ND, very minimal tenderness in ~~[illegible]~~ mid-epigastric region

Extr

Neuro A+O x3.

GU / GYN

Rectal

Skin warm & dry.

☐ X-RAY CXR – Neg

☐ EKG 1) [illegible]

2)

**LABORATORY**

| ☑ CBC | ☑ SMA-7 | ☐ U / A | ☐ ABG | ☐ OTHER |
|---|---|---|---|---|
| 8.5, 10.6, 32.8, 156 | 142, 108, 14, 3.4, 26.4, 0.8, 121 | | | |
| ☐ BLOOD BANK | ☐ SMA-12 | ☐ C&S | | |

NAME:

CHART #:

Jacobi Medical Center
Emergency Triage - Adult

tient Name: Chandler,Daitima EP/ SMS: 22827769264 MRN: 2776926
B : 11/11/1982
ge : 26Y Sex: F Height: cm. Weight: kgs
iaged By : Ryall,Rebecca, RN Test Date: 08/16/2009 1137

f Complaint: **"MY BACK HURTS AND MY STOMACH"**
iage Class : **Level 3**
signed Area: **Yellow**

---

scheduled Emergency Triage - Adult
ent Time: Sun, 16 Aug 09 1137 Status: complete

n, 16 Aug 09 1142

rrival by : Ambulance, Police precinct 43, badge number of officer 5303
esponsive : yes
ef Complaint: "MY BACK HURTS AND MY STOMACH"
: 145/72 mm Hg
R : 86 bpm
R : 19
emp : 97.6 F (36.4 C) Route: oral
eight : not applicable
ulse Ox : 99 %
ain : Current Pain: yes Pain Intensity: 9 Pain Location: back
bjective : APPEARS UNCOMFORTABLE, ACTIVELY VOMITING IN TRIAGE, CLEAR VOMITUS. ABLE TO SIT IN CHAIR WITHOUT DIFFICULTIES. AMBULATES WITH STEADY GAIT. NO FLANK TENDERNESS TO PALPATION.
omm Method : spoken word
OC : alert
CS : Total Glasgow Score: 15 GCS WNL: yes Eye Response: opens eyes spontaneously Motor Response: obeys commands Verbal Response: oriented
ast Med Hx : ACID REFLUX
Hx : NEXIUM
ed Allergies : no known
nv Allergies : no known food/environmental allergies
MP : NOW
B Screen : not exposed
ARS/Pneumonia : Fever: no Cough: no Chest Pain: no Recent Travel: no
om Violence : Hx of DV?: no
RIAGE CLASS : Level 3
ssgn AreaJ : Yellow

---

(2) Ure swelling noted - Pt reports no complaints, no visual disturbances — a
No reports of dysuria or hematuria — n
(1) 787.03 36415

99283.25

☒ Jacobi Medical Center ☐ North Central Bronx Hospital

**NORTH BRONX HEALTHCARE NETWORK**

**ADULT EMERGENCY DEPARTMENT**

**NURSING CONTINUATION RECORD**

Time Presented to MD: 11:40 am

Name of MD: Shaik

Presented by: [illegible]

Location of Patient: Yellow

**NURSING NOTES**

| DATE/ TIME | |
|---|---|
| 8/16/09 | 12:23pm Pt A+Ox3 verbalized b/l back pain, no bruises noted 8/10 from assault. – "I was assaulted by the police." She is noted with left eye swelling and ecchymosis. She denied vision deficits. Pt noted vomiting bile like vomitous small amt; Pt is in NYPD hold with (R) hand handcuff site intact. Will continue to monitor. A Mugg[illegible] |
| 1408 | Pt is still being evaluated by [illegible]. Xray + CT Scan done [illegible] [illegible] of this [illegible] good relief after [illegible] NYPD [illegible] at bedside. [illegible] |
| 8.16.09 9:25 | Received pt A&Ox3, c/o acute distress, gagging. c/o nausea c NYPD. Will monitor. MD aware – [illegible] |

| DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT | DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT |
|---|---|---|---|---|---|
| | IV Access | | | Cardiac Monitor | |
| | $O_2$ | | | EKG #1 | |
| | Foley Cath | | | EKG #2 | |
| | Ice Pack | | | CBC | |
| | Splint | | | CHEMISTRY | |
| | CT Scan | | | UA | |
| | X-Rays | | | Cardiac Enzymes | |
| | Ultrasound | | | Type X-Match ____Units | |
| | Drug Level (name) | | | UCG | |
| | Other (name) | | | Toxicology Screen: | |
| | Other (name) | | | PT/PTT | |

**OUTPUT**

| DATE/ TIME | Type | Amount | Initials |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | |

**VITAL SIGNS**

| DATE/ TIME | B/P | P | R | T | $O_2$ SAT | Finger Stick | Pain Score |
|---|---|---|---|---|---|---|---|
| 8/16/09 4p | 135/83 | 58 | 16 | 96 | 98% | | |
| On transfer/ discharge | | | | | | | |

Name: ____________

Chart #: ____________

ERNCR (6/08)

16 Aug 09 1944
cobi Medical Center
ERGENCY DEPARTMENT
00 Pelham Parkway South
onx, NY 10461

Patient Name: Chandler,Caitima

MRN: 2776926

**ED SUMMARY**

ient indicates clear understanding of discharge instructions: ____Yes ____No

alternate responsible adult understands ____Yes ____No

Relationship: ____________________

ient(Alternate) Signature: ____________________ Date: __________

ene entendimiento claro de las instruciones para irse a la casa: ____Si ____No

adulto responsable alterno que entienda: ____Si ____No

Relacion al paciente: ____________________

ciente (Alterno) firma: ____________________ Fecha: __________

charged by: ____________________

***Chart Copy***

CAD # 1583

73713314

**Narrative History: Key Words** - (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications)

PMH: ☐ Asthma ☐ Chronic Renal Failure ☐ Cardiac ☐ Diabetes ☐ Frail / Debilitated ☐ Hypertension ☐ IV Drug Use ☐ Seizure Disorder ☐ Tracheostomy
☐ Amputee ☐ Cancer ☐ COPD ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Incontinent ☐ Psychiatric Hx ☐ Substance Abuse ☐ Tuberculosis

Special Conditions: ☐ Bed Confined ☐ Non-Ambulatory ☐ Required Stretcher ☐ Valid DNR

Allergies: ☒ No known allergies

Medications: ☒ Unknown

End 26 y/o fml A/Ox3 ambulatory c/o some abd pn. PE reveals no significant findings, no resp distress, no LOC, no trauma, some nausea, no vomiting, no dizziness, soft non-tender abd x4 quads, denies fever, Pt has no other complaints. Txp to nearest facility w/o complications in position of comfort.

**Obvious Death**
☐ Decomposition
☐ Dependent Lividity
☐ Rigor Mortis
☐ Mortal Injury

**Cardiac Arrest Information**

Witnessed By: ☐ PD ☐ CFR / EMS ☐ Other
ROSC: ☐ PD ☐ CFR / EMS ☐ Other

**Prior to this Unit's Patient Contact**

CPR was started by: ☐ Bystander ☐ Family ☐ PD ☐ CFR ☐ EMS ☐ Medical
Minutes Since: Arrest / CPR Started / CPR Stopped
AED was used by: ☐ PD ☐ CFR ☐ EMS ☐ Other
Minutes Since: 1st AED Shock

LMP: now

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☒ Yes ☐ No

Chief Complaint: "my stomach hurts"

Presumptive Diagnosis: evaluation

Continuation Form ☐

**OLMC**

Time of Contact | OLMC Physician | Reason For Contact: ☐ RMA ☐ Consult ☐ Orders ☐ Transport Decision ☐ Onscene Triage | OLMC Terminate Time | ED Chart Number: 2776926

Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO ☐ | SO ☐

**PAYER INFO**

Insurance Company Name

Policy Number | Group Number

Insurance Related Information: ☐ Auto Insurance ☒ Self Pay ☐ Private Insurance | Medicare # | Medicaid # | Work related? ☐

(1) **PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM:** I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary. I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.
☐ Patient Unable to Sign (Reason Documented) ☐ Patient Refused to Sign
(1) Information Release Patient / Auth. Rep. Signature: [signature]

(2) **OUT OF AREA TRANSPORT / DIVERSION:** I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.
☐ Patient Unable to Sign ☐ Patient Refused to Sign Hospital Requested:
(2) Out of Area Transport Patient Signature

(3) **RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA):** I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.
☐ Pre-hospital care refused: ☐ Transportation to hospital refused ☐ Patient Unable to Sign ☐ Patient Refused to Sign
List care refused: | (3) RMA Patient Signature | RMA Witness Name / Signature

**SAFETY**

Lights / Siren: ☒ To Scene (63) ☐ To Destination (82)

Conditions Causing Delay (To Scene / To Patient / To Hospital): ☐ Traffic ☐ Weather ☐ Crowd ☐ Scene Unsafe ☐ Bad Address ☐ Difficult Location ☐ Extrication ☐ Elevator ☐ Building Access ☐ Door Barrier ☐ Distance To Pt. ☐ Awaiting Escort ☐ Vehicle Mech.

Seat Belt Use: ☐ Lap Belt ☐ Shoulder Belt; Car Seat: ☐ Front Facing ☐ Side Facing ☐ Rear Facing

Airbags Deployed: ☐ Steering Wheel ☐ Passenger Dash ☐ Driver Door ☐ Passenger Door ☐ Other

Patient Safety Equip.: ☐ Eye Protection ☐ Helmet ☐ Personal Flotation ☐ Protective Clothing ☐ Protective Gear

**DISPOSITION**

Removed to Vehicle By: ☐ Chair ☒ Walked ☐ Carried ☐ Scoop Stretcher ☐ Flat ☐ Stretcher ☒ Met at Ambulance

Transport From: ☐ Residence (Home) ☒ Scene of Accident or Acute Event ☐ Residential, Custodial Facility ☐ Skilled Nursing Facility (SNF) ☐ Inter-facility; Transport From Code:

Transport Position: ☐ Supine ☒ Sitting ☐ Shock ☐ Semi / Full Fowlers ☐ Left Lateral Recumbent ☐ Restrained

Pt Transported In Vehicle: #of Patients Transported: 1; Transport Miles: 2; Hospital Destination: 25

Hospital Selection: ☒ Nearest Facility ☐ Patient / Family Choice ☐ Specialty Referral ☐ Hospital Diversion; Diverted From code

Pt Not Transported In This Vehicle: ☐ Assisted in Transport ☐ RMA With Unit # ☐ Pronounced, NOT Transported ☐ Onscene Triage ☐ Transferred Care To Unit # ☐ Other

**ADMIN**

Hospital Receiving Agent Signature: Ryall RN | FDNY Code | Qty | Supply Code | Qty | Supply Code | Technician Signature: [signature]

SH9001 (2 of 2), Rev 3F, 0510 © 2009 Sansio (Page 2)

# Prehospital Care Report

Form No.: 2d 1583 0352 ☑ BLS ☐ ALS — 73713314

**CALL INFO**

| Today's Date | Assigned | En Route (63) | On Scene (84) | Patient Contact | To Destination (82) | At Destination (81) | Avail / In Service |
|---|---|---|---|---|---|---|---|
| 08/10/09 | 1105 | 1105 | 1107 | 2 | 1122 | 1132 | |

Incident Address: 43 PCT

Apt Number: | Driver's Shield #: 21110

Prior Treatment(s) / by whom: | Police Agency: 43 Pct | Shield #: 5303 | Responded From: CSL

CREW #1 Driver's Shield #: 21110 — CREW #2 Tech / Documentation Shield #: 3842

**PATIENT INFO**

Last Name: CHANDLER | First Name: DATIMA | MI: | ☐ Male ☑ Female | Weight (lb):

Street Address: 2179 WASHINGTON AV ☐ Check this box if same as Incident Address ☐ Check this box if patient is Homeless | Apt Number: 23

City: BX | State: NY | Zip Code: 10457 | Social Security Number: 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 | SSN UTO ☐

Age: 26 ☐ Days ☐ Months ☑ Years | Date of Birth: 11-11-1982 | Home Phone: 347-297-6706 | Emergency Contact / Emergency Contact Phone #:

**Medical / Cause of Injury / Illness**

| | | | | |
|---|---|---|---|---|
| ☑ 10 Abdominal Pain | ☐ 27 Fever | ☐ 44 Obvious Death | ☐ 10 Alcohol | ☐ 30 Machinery |
| ☐ 11 Airway Obstruction | ☐ 28 Flu Symptoms | ☐ 45 Resp. Arrest | ☐ 11 Animal Bites | ☐ 31 Med. Device Failure |
| ☐ 12 Allergic Reaction | ☐ 29 Gen. Malaise | ☐ 46 Resp Failure | ☐ 12 Blunt Force | ☐ 32 MVA Off Road |
| ☐ 13 Altered Mental | ☐ 30 GI (Bleed) | ☐ 47 Seizure | ☐ 13 Bicycle Accident | ☐ 33 MVA Traffic |
| ☐ 14 Asthma | ☐ 31 GI (Constipation) | ☐ 48 Sickle Cell Crisis | ☐ 14 Collapse | ☐ 34 Pedestrian Struck |
| ☐ 15 Behavioral Disorder | ☐ 32 GI (Diarrhea) | ☐ 49 Sore Throat | ☐ 15 Crush | ☐ 35 Poisoning |
| ☐ 16 Cardiac Arrest | ☐ 33 Headache | ☐ 50 Syncope | ☐ 16 Dom. Violence | ☐ 36 Radiation Exp. |
| ☐ 17 Cardiac Symptoms | ☐ 34 Hyperthermia | ☐ 51 Unconscious | ☐ 17 Near Drowning | ☐ 37 Railway Accident |
| ☐ 18 Chest Pain | ☐ 35 Hyperventilation | ☐ 52 Urinary Bleeding | ☐ 18 Drug | ☐ 38 Sexual Assault |
| ☐ 19 Cough | ☐ 36 Hypothermia | ☐ 53 Urination Problem | ☐ 19 Electric Injury | ☐ 39 Smoke Inhalation |
| ☐ 20 Cough W/Blood | ☐ 37 Med. Reaction | ☐ 54 Vomiting | ☐ 20 Excessive Cold | ☐ 40 Stabbing |
| ☐ 21 CVA (Stroke) | ☐ 38 Nausea | ☐ 55 Vomiting Blood | ☐ 21 Excessive Heat | ☐ 41 Suffocate / Hypoxia |
| ☐ 22 Dehydration | ☑ 39 Newly Born | ☐ 56 Weakness | ☐ 22 Explosion | ☐ 42 Susp. Child Abuse |
| ☐ 23 Depression | ☐ 40 Nose Bleed | ☐ 57 Post - Op Comp. | ☐ 23 Fall | ☐ 43 Susp. Elder Abuse |
| ☐ 24 Diabetic Symptoms | ☐ 41 GYN | ☐ 58 Infectious Disease / Public Health Risk | ☐ 24 Fight / Assault | ☐ 44 Susp. Suicide |
| ☐ 25 Dizziness | ☐ 42 OB-GYN (Comp.) | ☐ 97 Not listed (specify in Comments sect.) | ☐ 25 Fire / Scald | ☐ 45 Water Accident |
| ☐ 26 Dyspnea / SOB | ☐ 43 OB-In Labor | ☐ 98 Unknown Medical | ☐ 26 Foreign Object | ☐ 97 Not listed here (specify in Comments) |
| | | ☐ 99 No Medical Prob. | ☐ 27 Gun Shot | ☐ 98 Unknown Cause |
| | | | ☐ 28 Haz Mat | ☑ 99 No Injuries |
| | | | ☐ 29 Lightning | |

**Body Matrix** (Mark all that apply): Head, Face, Eye, Neck, Chest, Back (Upper), Back (Lower), Shoulder/Up Arm, Elbow / Forearm, Wrist, Hands / Fingers, Abdomen (Upper), Abdomen (Lower), Pelvis, Genitals, Upper Leg, Knee, Lower Leg, Ankle / Foot — columns: Amputation, Bleeding, Burn, Dislocation, Fracture, Pain, Paralysis / Paresis, Swelling, Soft Tissue Injury. (Mark at Abdomen (Lower) / Pain.)

**ASSESSMENT**

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 3 | 144 | 72 P | 86 | 18 | 5 |

SPO2: | Temperature: | GCE / GCV / GCM / GST: — | Patient Status: ☐ C ☐ P ☐ U ☑ S

Breathing Quality: ☑ Normal ☐ Labored ☐ Shallow ☐ Irregular — Lung Sounds L/R: ☑☑ Clear ☐ Rales ☐ Wheeze ☐ Rhonchi ☐ Diminish ☐ Absent

Circulation (skin): Color ☑ Normal; Temp. ☑ Normal; Cond. ☑ Normal; Radial Pulse (A) ☑ Present; Cap. Refill (P)

Pupils L/R: ☑☑ Reacts ☐ Sluggish ☐ Unreactive ☐ Dilated ☐ Constricted — Mental Status: ☑ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 13 | 144 | 70 P | 80 | 16 | 5 |

Breathing Quality: ☑ Normal ☐ Labored ☐ Shallow ☐ Irregular — Lung Sounds L/R: ☑☑ Clear ☐ Rales ☐ Wheeze ☐ Rhonchi ☐ Diminish ☐ Absent

Circulation (skin): Color ☑ Normal; Temp. ☑ Normal; Cond. ☑ Normal; Radial Pulse (A) ☑ Present; Cap. Refill (P)

Pupils L/R: ☑☑ Reacts ☐ Sluggish ☐ Unreactive ☐ Dilated ☐ Constricted — Mental Status: ☑ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| | | P | | | |

**TREATMENT**

☐ CPR ☐ AED Application Crew # ☐☐ ☐ NSI # Shocks Delivered ☐ Airway Maintenance ☐ Modified Jaw Thrust ☐ Oral Airway ☐ Nasal Airway ☐ Mouth to Mask ☐ Abd./Chest Thrust ☐ Suction ☐ Cervical Collar SSID: ☐ Vest ☐ SSB ☐ Long SID ☐ Head Immobilizer ☐ Rapid Extrication Splint: ☐ Fixation ☐ Traction ☐ Sling / Swathe ☐ Pressure Point ☐ Pressure Dressing ☐ Wound Dressing ☐ Elevation ☐ Irrigation ☐ Cold Application ☐ Patient Warming ☐ Burn Care ☐ Induced Vomiting Restrained by: ☐ PD ☐ EMS

☐ Nasal Cannula ☐ Non-Rebreather ☐ Bag Valve Mask ☐ Nebulizer Oxygen L / M ☐ Baby ☐ APGAR - Initial / 5 min ☐ Placenta Delivered

**ALS Crew Only**: ☐ ALS Assessment ☐ Magill Forceps ☐ Endotracheal Tube Tube Size (Crew 1 Attempts / Crew 2 Attempts / S / UTO) ☐ Secondary ETT Verification ☐ Cricothyrotomy Crew # ☐ Needle Decompression L R Crew # ☐ NG Tube Crew # ☐ I.V ☐ I.O ☐ S. Lock Gauge ☐ 2nd I.V Gauge

**FLOW CHART**

| Elapsed Time | Crew | Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

SH9001 (1 of 2), Rev 3F, 0510 © 2009 Sansio (Page 1)

Aug 18, 2009

Jacobi Medical Center
1400 Pelham Parkway South
Bronx, NY 10461

Chandler,Daitima 2776926-2 IP
5SJ 06E/O Age: 26Y Sex: F
DOB: Nov 11, 1982 MR # 2776926
Adm: Aug 17, 2009
Att Phys: Meholli,Mimoza, MD
Svce: Internal Medicine

Admission Information

Date of Admission: 17 Aug 09 Svce/Ward: MED/5SJ
Chief Complaint : Vomiting

History & Physical, Findings

Course of Treatment

CC: Vomiting

HPI:
Ms. Chandler is 26 year old female, G3P2, PMHx of GERD, Anemia, ? PKD-adult type (on abdominal CT in 04), marijuana abuse, previous hospitalization in 04 for persistent vomiting, arrested on August 16th (patient was walking with her children when she got into a fight with a police officer who punched her in the face. Patient was arrested for assault of a police-officer) 2 ED visits during police custody, the first for her left eye swelling, the second on Sunday for vomiting. Patient now presents with vomiting and pins and needle sensations of her entire body. Patient reports intolerable epigastric discomfort/ "cramp like" sensation. The discomfort is worse in the morning and prior to meals. Patient reports eating every 2 hours which alleviates the pain. Eating cheese, dairy products, lying down aggravate the pain. Standing or sitting alleviate the pain. Patient also reports nausea and 4-5 episodes of non-bloody, non-bilious vomiting prior to ED arrival. Patient reports decreased PO intake. Patient reports weight loss, not sure how much. Patient denies abdominal pain, diarrhea, constipation, chest pain, shortness of breath.

Epigastric discomfort/ cramp-like sensation is well known to patient, occurring for years when the patient does not eat frequently. Discomfort is alleviated with eating, without any medications, and is not accompanied by any vomiting.

During examination, patient looks uncomfortable and is spitting up white saliva.

Hospital Course:
VS: 139/85 65 16 (100% on RA), T 98.6, FG 106
Patient in police custody. Patient had no more episodes of vomiting during hospital stay however continued to complain of mid-epigastric abdominal pain. For patient's left eye swelling and ecchymosis, CT revealed soft tissue swelling surrounding the left side, no traumatic brain injury and no visualized fracture or intra-orbital injury. Patient placed on a PPI trial.

Discharge Medications:
Esomeprazole

Follow-up Appointments:
Medicine

Discharge Summary: CHART COPY REPRINT

Aug 18, 2009

Jacobi Medical Center
1400 Pelham Parkway South
Bronx, NY 10461

Chandler,Daitima 2776926-2 IP
5SJ 06E/O Age: 26Y Sex: F
DOB: Nov 11, 1982 MR # 2776926
Adm: Aug 17, 2009
Att Phys: Meholli,Mimoza, MD
Svce: Internal Medicine

September 29 at 1:45 pm
Building 8, 4th Floor

F/u H. Pylori Antibody
F/u Endomysial Ab for atypical celiac disease
F/u ? polycystic kidney disease

Recommendations:
Consider outpatient UGI Endoscopy

Vaccines

Last Fluvax
Last Pneumovax

Pneumovax Eligible? no

Discharge Information

D/C: 18 Aug 09

Svce/Ward: MED/SSJ

Discharge Data:

| | |
|---|---|
| Dispo | : home/services not indicated |
| Activity | : resume same activity as before hospitalization |
| Diet | : regular |
| Medication Regimen Edu | : Yes, I have educated the pateint regarding his/her medication regimen. |
| Next Appt | : Helicobacter Pylori Ab IgG, Qual |
| Depressed Card Eject F | : no |
| AMI during this Hosp? | : no |
| Instr Note | : If your symptoms come back or worsen after you are discharged, or if you notice new leg swelling,difficulty breathing,weight gain or loss of 2 or more pounds, please contact your doctor or come to the emergency room. DVT prevention education given to patient. |
| Primary Diagnosis | : GERD |
| Secondary Diagnoses | : none |
| Procedures | : |
| Drug Allergies | : |
| Smoking Cessation | : this patient has not smoked tobacco within the p |

Aug 18, 2009

Jacobi Medical Center
1400 Pelham Parkway South
Bronx, NY 10461

| Chandler,Daitima | 2776926-2 | IP |
|---|---|---|
| 5SJ 06E/O | Age: 26Y Sex: F | |
| DOB: Nov 11, 1982 | MR # 2776926 | |
| Adm: Aug 17, 2009 | | |
| Att Phys: Meholli,Mimoza, MD | | |
| Svce: Internal Medicine | | |

INSTRUCTIONS TO PATIENT

Deep Vein Thrombosis (also called DVT) is a blood clot that can form in your leg veins. While DVT is a fairly common condition, it is also a dangerous one. Your risk for DVT increases if you have been recently Hospitalized. Most patients with DVT have some pain, swelling and or tenderness in one or both legs. If you develop any of these symptoms, please call your doctor right away. You can help to prevent DVT by frequently exercising your lower leg muscles if you will be inactive for a prolonged period of time by getting out of bed, and moving around after having surgery or being ill.

CALL 911 for EMERGENCY MEDICAL SERVICES IN CASE OF PROBLEM or EMERGENCY or call Adult Emergency Room, (718) 918-5800

Meholli,Mimoza, MD
(attending physician)

Signed By:
Zezon,Anna H., MD
(Resident )

Aug 18, 2009

Patient:

I have received a copy of these instructions and I understand them.

[signature]
(patient's signature)

8 / 18 / 09
(mo) (day) (year)
(date signed)

...ODI MEDICAL CENTER

| ...MISSION NO. | SERVICE | STATION | ROOM/BED | P/T | PRE ADM NO. | ADM. DATE | ADM. TIME | DISCHARGE DATE | DISCHARGE TIME | DAYS | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ...9145075 | MED | 5SJ | 5S060EW | | | 08/17/09 | 06:30 | | | | 2776926 |

| ...TIENT NAME (LAST NAME, FIRST, M.I.) AND ADDRESS | FULL MAIDEN NAME OR ALIAS | BIRTHPLACE | BIRTHDATE | AGE |
|---|---|---|---|---|
| ...CHANDLER, DAITIMA<br>...2179 WASHINGTON AV<br>...NX, NY 10457 | PHONE NO. 347-297-6706<br>APT. 23<br>IN CARE OF | USA | 11/11/1982 | 26 |

| SEX | M/S | RACE | REL. | ADM. SOURCE | FIN. CLASS | NO. INS. |
|---|---|---|---|---|---|---|
| F | S | B | UNK | EO | P | 4 |

| ...SECURITY NO. | FATHER'S FULL NAME | MOTHER'S FULL MAIDEN NAME | ACCIDENT | DATE | JOB RELATED | MODE OF ARRIVAL |
|---|---|---|---|---|---|---|
| ...04-68-0189 | UNK, UNK | UNK | | | NO | |

...TIENT EMPLOYER (NAME AND ADDRESS)

PATIENT EMPLOYED?

PHONE NO. 212-000-0000

PATIENT OCCUPATION

...RSON TO BE NOTIFIED IN CASE OF EMERGENCY – NAME (FIRST, LAST, M.I.) AND ADDRESS: ,

NEXT OF KIN – NAME (FIRST, LAST, M.I.) AND ADDRESS: ,

| ...T. | RELATIONSHIP | PHONE | BUSINESS PHONE | APT. | RELATIONSHIP | PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ...EVIOUS ADMISSION/HOSPITAL | DATE | FAMILY MEMBER'S NAME |
|---|---|---|
| | | |

| | ATTENDING DOCTOR | ADMISSION DIAGNOSIS |
|---|---|---|
| ...HOLLI MIMOZA | MEHOLLI MIMOZA | VOMITING |

| ...LES | PATIENT'S CONDITION | P A APPROVAL? | ARRIVAL DATE | ADMITTED BY | PRE-OP DATE | SCH. O.R. DATE |
|---|---|---|---|---|---|---|
| ...NO | | | 08/17/09 | AM1 | | |

| ...DICARE PLAN | MEDICARE NUMBER | PART B? |
|---|---|---|
| | | |

| ...DICAID PLAN | MEDICAID NO. | MEDICAID LINE NO. | MEDICAID CAT. | MEDICAID CARDHOLDER | RELSHP. | DATE | E/A | CENTER |
|---|---|---|---|---|---|---|---|---|
| ? | | | | | | | | |

| ...UE CROSS PLAN | BLUE CROSS NO. AND SUFFIX | BLUE CROSS GROUP NO. | BLUE CROSS CARDHOLDER | RELSHP. | EMPLOYER |
|---|---|---|---|---|---|
| | | | | | |

| ...HER INSURANCE PLAN | OTHER INS. POLICY NO. | OTHER INS. GROUP NO. | CARDHOLDER | EMPLOYER |
|---|---|---|---|---|
| | | | | |

| ...ION? | UNION NAME | UNION ADDRESS | PHONE | RELATIONSHIP |
|---|---|---|---|---|
| | | | | |

...CHANDLER, DAITIMA
...2179 WASHINGTON AV
...NX, NY 10457

APT. 23
RELATIONSHIP S
PHONE 347-297-6706
GUARANTOR'S OCCUPATION

EMPLOYER (NAME AND ADDRESS)

EMPLOYER PHONE

| | | | |
|---|---|---|---|
| ...POUSE OR PARENT ...FORMATION | NAME OF PERSON | EMPLOYER | EMPLOYER'S ADDRESS |
| | TELEPHONE NO. | UNION AFFILIATION | |
| ...INTENANCE | TOTAL INCOME | FAMILY SIZE | RENT |
| SAVINGS | NAME OF BANK | ADDRESS | |
| | ACCOUNT NO. | CREDITED TO | PRESENT BALANCE |
| | NAME OF BANK | ADDRESS | |
| | ACCOUNT NO. | CREDITED TO | PRESENT BALANCE |
| ...HER ASSETS | STOCKS AND BONDS | | |

| DATE | SERVICE REPRESENTATIVE'S REPORT |
|---|---|
| | |
| | |
| | |
| | |
| | |

Jacobi Medical Center
Emergency Triage - Adult

```
ent Name: Chandler,Daitima EP/        SMS: 22927769264     MRN: 2776926
          : 11/11/1982
e         : 26Y    Sex: F    Height:  cm.    Weight: 56.7 kgs
iaged By  : Welbeck,Jacqueline, RN           Test Date: 08/17/2009 0326
```

if Complaint: **Nausea x 2 days, pins and needles all over x today. Denies** vomiting or abdominal pain
iage Class : **Level 4**
signed Area: **Green**

---

scheduled Emergency Triage - Adult
ent Time: Mon, 17 Aug 09 0326 Status: complete

n, 17 Aug 09 0335

```
rival by       : Ambulatory Police precinct 43, badge number of officer
                 7363
nonsive        : yes
f Complaint    : Nausea x 2 days, pins and needles all over x today.
                 Denies vomiting or abdominal pain
               : 139/85  mm Hg
               : 65  bpm
               : 16
np             : 98.6 F (37.0 C) Route: oral
ght            : 56.7 kg (125 lbs 0 oz) patient states
u              : not applicable
se Ox          :       100      %
n              : Current Pain: no c/o pain
tive           : pt in handcuffs, appears comfortable, spitting.  Noted
                 ecchymosis to rt eye from previous injury.
m Method       : spoken word
C              : alert
S              : Total Glasgow Score: 15 GCS WNL: yes Eye Response:
                     opens eyes spontaneously Motor Response: obeys
                     commands Verbal Response: oriented
t Med Hx       : ACID REFLUX
x              : none
Allergies      : no known
Allergies      : no known food/environmental allergies
F              : now
Screen         : not exposed
tanus          : not applicable
RS/Pneumonia   : Fever: no Cough: no Chest Pain: no Recent Travel: no
r Violence     : Hx of DV?: no
IAGE CLASS     : Level 4
sgn AreaJ      : Green
```

---

☒ Jacobi Medical Center ☐ North Central Bronx Hospital

**NORTH BRONX HEALTHCARE NETWORK**

**ADULT EMERGENCY DEPARTMENT**

**NURSING CONTINUATION RECORD**

Time Presented to MD: 0335 am

Name of MD: Paranjpe

Presented by: Melchor

Location of Patient: B3

Name:

Chart #

| DATE/ TIME | NURSING NOTES |
|---|---|
| 8/17/09 | Pt on NYPD hold, c/o epigastric pain, back pain x 2 days. |
| 0430 am | Pain scale 6/10. Patient also c/o nausea & vomiting. Abdomen soft, nondistended. Pt actively vomiting. Pt being examined by Dr Chen @ this time. Labs sent. 1 liter NS infusing. 20 mg Pepcid infusing @ this time. Evaluation ongoing. Melchor RN |
| 8:40 | Pt is [illegible] by on stretcher, [illegible] ensues [illegible] NS infusing still & NYPD [illegible] doc. Evaluation continues. [signature] |

| DATE/ TIME | TREATMENT/ DIAGNOSTICS | | INIT | DATE/ TIME | TREATMENT/ DIAGNOSTICS | INIT |
|---|---|---|---|---|---|---|
| | IV Access | NS | | | Cardiac Monitor | |
| | $O_2$ | | | | EKG #1 | |
| | Foley Cath | | | | EKG #2 | |
| | Ice Pack | | | | CBC | |
| | Splint | | | | CHEMISTRY | |
| | CT Scan | | | | UA | |
| | X-Rays | | | | Cardiac Enzymes | |
| | Ultrasound | | | | Type X-Match ___ Units | |
| | Drug Level (name) | | | | UCG | |
| | Other (name) | | | | Toxicology Screen: | |
| | Other (name) | | | | PT/PTT | |

| DATE/ TIME | OUTPUT Type | Amount | Initials |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | |

VITAL SIGNS

| DATE/ TIME | B/P | P | R | T | $O_2$ SAT | Finger Stick | Pain Score |
|---|---|---|---|---|---|---|---|
| 8/17/09 4:10 | 112/65 | 78 | 18 | 98.9 | 100% | | 0 |
| 8/17/09 8:15 | 118/75 | 72 | 16 | 98.5 | 99% | | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| On transfer/ discharge | | | | | | | |

EIRNCR (6/08)

# NBHN ADULT EMERGENCY DEPARTMENT

| EC # | ACCT. NO. | EMERGENCY | CODE | REG DATE AND TIME |
|---|---|---|---|---|
| 776926 | 022927769264 | ADULT EMERGENCY | 000 | 08/17/2009 02:15 |

| A/C | ACCIDENT DATE AND TIME | PRCT | BADGE NO. | SOCIAL SECURITY NO. | M/S | SEX | RELIGION | RACE | DATE OF BIRTH | AGE | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | | | | 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 | S | F | UNK | B | 11/11/1982 | 26Y | USA |

NAME AND ADDRESS: ANDLER DAITIMA
WASHINGTON AVE APT/FLOOR 23
NX NY 10457
347-297-6706
UNK

PATIENT EMPLOYMENT

ERA — 106750

PERSON TO BE NOTIFIED APT/FLOOR
TIONSHIP
E PHONE
BUSINESS PHONE
MANAGED CARE
PCP & SITE

GUARANTOR NAME AND ADDRESS: ANDLER DAITIMA
79 WASHINGTON AVE APT/FLOOR 23
ONX NY 10457 REL S
347-297-6706 S/S# 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

GUARANTOR EMPLOYMENT

PHONE

| PREFIX | MEDICARE NO. | SUFFIX | B? | PLAN CODE | MEDICAID NO. | LINE NO. | EXP. DATE | PLAN CODE | FEE | AMOUNT | C/R | P/T | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | E | EMR |

| CISS ID NO. | SUFFIX | PLAN CODE | CONTRACT HOLDER | PATIENT RELATION TO CONTRACT HOLDER |
|---|---|---|---|---|
| | | | | |

INSURANCE NAME AND ADDRESS | PLAN CODE POLICY NO. | GROUP NO. | GROUP NO.

SYSTEM TIME:08/17/2009 04:21 UNION NAME LOCAL NO. REG BY:SDA

## Consent for General Medical Treatment

I ______________________, knowing that I am seeking services for a condition requiring medical and hospital care do herewith voluntarily consent to such care including routine diagnostic and therapeutic procedures and medical treatment to be provided by the physicians, dentists, medical staff and personnel at this hospital. I acknowledge that no guarantees have been made to me as to the results of treatments or examinations in this hospital. This consent has been fully explained to me and I certify that I understand its contents.

Witness: [signature] Date

X NYPD Hold

Signature of Patient, Relative or Legal Guardian If Relative or Legal Guardian signs, see Note below. (If relative, indicate relationship to patient. ______________ ) Date

## Consentimiento De Tratamiento Medico General

Yo ______________________, consiente de que estoy buscando atención para un problema de salud que exige atención médica y asistencia hospitalaria, consiento voluntariamente por el presente que se me brinde dicha atención, inclusive el diagnóstico de rutina, tratamientos terapéuticos y tratamiento médico por parte del médico, dentistas, cuerpo médico y personal de este hospital. Reconozco que no se me han ofrecido garantías respecto a los consentimiento y certifico que entiendo el contenido de éste.

Testigo' Fecha

Firma del paciente, pariente o tutor. Si firma el pariente o tutor, véase la nota que figura abajo. (Si firma el pariente indíquese el parentezco con el paciente. ______________ ) Fecha

## Acknowledgement

By signing and dating the form below, I acknowledge that I have received a copy of the New York City Health and Hospitals Corporation's Privacy Notice.

X NYPD Hold

Patient's Signature

If executed by a patient's personal representative, please print your name in the space below:

Personal Representative's Name | Personal Representative's Signature

SD | 8/17/09

NYCHHC Employee's Initials | Today's Date

New York City Health and Hospitals Corporation

MANAGEMENT - COURSE/PROCEDURES IN E.D.: Pt. received 1L IVNS 4mg Zofran, + Pepcid IV.
Pt. recieved 10mg IV Reglan - 20mg Benadryl IV

CONSULTING SERVICE(S) CONTACTED:

Procedure "time-out": I verify correct patient/Procedure/Site: ______________(MD Print)______________(Initial)

DX 1. Intractable Vomiting 3.
2. 4.

ADMIT: WARD Floor SERVICE Medicine TIME 6:30 ☒AM ☐PM

DISCHARGE: CONDITION DATE: TIME ☐AM ☐PM

PROVIDER: PRINT NAME & SIGN [signature] PIN 3320 ATTENDING: PRINT NAME & SIGN [signature]

AER-1PT (6/08)

PRINT NAME OF MD INITIATING CARE: Susan Thomas. MS4. PIN ______ TIME ______ ☐ AM ☐ PM

**HISTORY & PHYSICAL**

DVHX (IF APPLICABLE) INDICATE SAFE F/U PHONE #

PAIN SCALE 0 - 10

Pt. is a 26yo female who was d/c from the ED this evening for n/v. Pt returns to ED w/ 4 episodes of n/v since d/c. Pt. states vomitus is yellow, nonbilious, non-bloody. Pt denies abdominal pain, ⊖ diarrhea ⊖ fevers ⊖ chills. Pt states she is able to tolerate fluids, has not attempted solids. Pt. denies headaches, dizziness, chest pain, SOB. Pt has Ⓛ ~~eye~~ black eye from "a cop punching me." Pt states vomiting episodes began several hrs. after the incident. Pt denies vaginal discharge, ⊖ pelvic pain ⊖ dysuria. Urine pregnancy taken today is negative.

PMHx: GERD.

Allergies: NKDA.

Surgeries: C-section.

Social: denies toxic habits x3

General: NAD.

HEENT · ~~NAD,~~ atraumatic, normocephalic, PERLA, anicteric sclera.

Neck: no lymphadenopathy. ☐ C-COLLAR REMOVED PER NEXUS CRITERIA

Lungs: bilateral vesicular breath sounds, no wheezing, no rhonchi, no rales.

Back: no CVA tenderness

Cor

Abd: soft, nontender, + BS (normoactive), no masses, no organomegaly.

Extr: extremities well perfused x4., capillary refill good.

Neuro

GU / GYN

Rectal

Skin

☐ X-RAY

☐ EKG 1)

2)

CHART #:

NAME

**LABORATORY**

| ☐ CBC | ☐ SMA-7 | ☐ U / A | ☐ ABG | ☐ OTHER |
| --- | --- | --- | --- | --- |
| 30.8 / 11.9 / 9.9 / 131 | 142 / 110 / 12 / 4 / 21.5 / 0.8 / 106. | | | |
| ☐ BLOOD BANK | ☐ SMA-12 | ☐ C&S | | |

# FDNY Prehospital Care Report

Unit # 15C | CAD # 0210 | Unit # 03K1 | ☒ BLS ☐ ALS | 7351018

## CALL
| Today's Date | Assigned | En Route (63) | On Scene (84) | Patient Contact | To Destination (82) | At Destination (81) | Avail / In Service |
|---|---|---|---|---|---|---|---|
| 08/17/09 | 0118 | 0118 | 0130 | 01 | 0158 | 0211 | |

## INFO
Incident Address: 900 FTELEY AVE

Apt Number:

CREW 1 — Driver's Shield #: 3029

CREW 2 — Tech / Documentation Shield #: 3411

Prior Treatment(s) / by whom:

Police Agency:

Shield #:

Responded From:

## PATIENT INFO
Last Name: Chandler

First Name: Daptinal

MI:

☐ Male ☒ Female

Weight (lb): 125

Street Address: 2179 Washington AV

☐ Check this box if same as Incident Address

☐ Check this box if patient is Homeless

Apt Number:

City: Bx

State: NY

Zip Code: 10457

Social Security Number: 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

SSN UTO ☒

Age: 26 ☐ Days ☐ Months ☒ Years

Date of Birth: 11/11/1982

Home Phone: 347-297-6706

Emergency Contact / Emergency Contact Phone #:

## Medical — Cause of Injury / Illness

| | | | | | |
|---|---|---|---|---|---|
| ☐ 10 Abdominal Pain | ☐ 27 Fever | ☐ 44 Obvious Death | ☐ 10 Alcohol | ☐ 30 Machinery | |
| ☐ 11 Airway Obstruction | ☐ 28 Flu Symptoms | ☐ 45 Resp. Arrest | ☐ 11 Animal Bites | ☐ 31 Med. Device Failure | |
| ☐ 12 Allergic Reaction | ☐ 29 Gen. Malaise | ☐ 46 Resp. Failure | ☐ 12 Blunt Force | ☐ 32 MVA Off Road | |
| ☐ 13 Altered Mental | ☐ 30 GI (Bleed) | ☐ 47 Seizure | ☐ 13 Bicycle Accident | ☐ 33 MVA Traffic | |
| ☐ 14 Asthma | ☐ 31 GI (Constipation) | ☐ 48 Sickle Cell Crisis | ☐ 14 Collapse | ☐ 34 Pedestrian Struck | |
| ☐ 15 Behavioral Disorder | ☐ 32 GI (Diarrhea) | ☐ 49 Sore Throat | ☐ 15 Crush | ☐ 35 Poisoning | |
| ☐ 16 Cardiac Arrest | ☐ 33 Headache | ☐ 50 Syncope | ☐ 16 Dom. Violence | ☐ 36 Radiation Exp | |
| ☐ 17 Cardiac Symptoms | ☐ 34 Hyperthermia | ☐ 51 Unconscious | ☐ 17 Near Drowning | ☐ 37 Railway Accident | |
| ☐ 18 Chest Pain | ☐ 35 Hyperventilation | ☐ 52 Urinary Bleeding | ☐ 18 Drug | ☐ 38 Sexual Assault | |
| ☐ 19 Cough | ☐ 36 Hypothermia | ☐ 53 Urination Problem | ☐ 19 Electric Injury | ☐ 39 Smoke Inhalation | |
| ☐ 20 Cough W/Blood | ☐ 37 Mod. Reaction | ☒ 54 Vomiting | ☐ 20 Excessive Cold | ☐ 40 Stabbing | |
| ☐ 21 CVA / Stroke | ☒ 38 Nausea | ☐ 55 Vomiting Blood | ☐ 21 Excessive Heat | ☐ 41 Suffocate / Hypoxia | |
| ☐ 22 Dehydration | ☐ 39 Newly Born | ☐ 56 Weakness | ☐ 22 Explosion | ☐ 42 Susp. Child Abuse | |
| ☐ 23 Depression | ☐ 40 Nose Bleed | ☐ 57 Post - Op Comp. | ☐ 23 Fall | ☐ 43 Susp. Elder Abuse | |
| ☐ 24 Diabetic Symptoms | ☐ 41 GYN | ☐ 58 Infectious Disease / Public Health Risk | ☐ 24 Fight / Assault | ☐ 44 Susp. Suicide | |
| Dizziness | ☐ 42 OB-GYN (Comp.) | ☐ 97 Not listed (specify in Comments sect.) | ☐ 25 Fire / Scald | ☐ 45 Water Accident | |
| ☐ 25 Dyspnea / SOB | ☐ 43 OB-In Labor | ☐ 98 Unknown Medical | ☐ 26 Foreign Object | ☐ 97 Not listed here (specify in Comments) | |
| | | ☐ 99 No Medical Prob. | ☐ 27 Gun Shot | ☐ 98 Unknown Cause | |
| | | | ☐ 28 Haz Mat. | ☒ 99 No Injuries | |
| | | | ☐ 29 Lightning | | |

## Body Matrix (Mark all that apply)

| | Amputation | Bleeding | Burn | Dislocation | Fracture | Pain | Paralysis / Paresis | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|
| Head | | | | | | | | | |
| Face | | | | | | | | | |
| Eye | | | | | | | | | |
| Neck | | | | | | | | | |
| Chest | | | | | | | | | |
| Back (Upper) | | | | | | | | | |
| Back (Lower) | | | | | | | | | |
| Shoulder/Up Arm | | | | | | | | | |
| Elbow / Forearm | | | | | | | | | |
| Wrist | | | | | | | | | |
| Hands / Fingers | | | | | | | | | |
| Abdomen (Upper) | | | | | | | | | |
| Abdomen (Lower) | | | | | | | | | |
| Pelvis | | | | | | | | | |
| Genitals | | | | | | | | | |
| Upper Leg | | | | | | | | | |
| Knee | | | | | | | | | |
| Lower Leg | | | | | | | | | |
| Ankle / Foot | | | | | | | | | |

## ASSESSMENT

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 03 | 138 | 72 P | 60 | 20 | |

| SPO2 | Temperature | GCE | GCV | GCM | GST | Patient Status |
|---|---|---|---|---|---|---|
| | | | | | | ☐ C ☐ P ☐ U ☒ S |

Breathing — Quality: ☒ Normal ☐ Labored ☐ Shallow ☐ Irregular

Lung Sounds (L / R): ☒ Clear ☒ | ☐ Rales ☐ | ☐ Wheeze ☐ | ☐ Rhonchi ☐ | ☐ Diminish ☐ | ☐ Absent ☐

Circulation (skin): Color: ☒ Normal ☐ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice; Temp.: ☒ Normal ☐ Hot ☐ Cool ☐ Cold; Cond.: ☒ Normal ☐ Diaphor. ☐ Moist ☐ Dry ☐ Rash; Radial Pulse (A): ☒ Present ☐ Absent; Cap. Refill (P): ☐ <= 2 Sec ☐ > 2 Sec

Pupils (L / R): ☒ Reacts ☒ | ☐ Sluggish ☐ | ☐ Unreactive ☐ | ☐ Dilated ☐ | ☐ Constricted ☐

Mental Status: ☒ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 12 | 140 | 70 P | 60 | 20 | |

Breathing — Quality: ☐ Normal ☐ Labored ☐ Shallow ☐ Irregular

Lung Sounds (L / R): ☒ Clear ☒ | ☐ Rales ☐ | ☐ Wheeze ☐ | ☐ Rhonchi ☐ | ☐ Diminish ☐ | ☐ Absent ☐

Circulation (skin): Color: ☒ Normal ☐ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice; Temp.: ☒ Normal ☐ Hot ☐ Cool ☐ Cold; Cond.: ☒ Normal ☐ Diaphor. ☐ Moist ☐ Dry ☐ Rash; Radial Pulse (A): ☒ Present ☐ Absent; Cap. Refill (P): ☐ <= 2 Sec ☐ > 2 Sec

Pupils (L / R): ☒ Reacts ☒ | ☐ Sluggish ☐ | ☐ Unreactive ☐ | ☐ Dilated ☐ | ☐ Constricted ☐

Mental Status: ☒ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| | | P | | | |

## TREATMENT

☐ CPR | Crew #

☐ AED Application ☐ ☐

☐ NSI

Shocks Delivered

☐ Airway Maintenance

☐ Modified Jaw Thrust

☐ Oral Airway

☐ Nasal Airway

☐ Mouth to Mask

☐ Abd/Chest Thrust

☐ Suction

☐ Cervical Collar

SSID: ☐ Vest ☐ SSB

☐ Long SID

☐ Head Immobilizer

☐ Rapid Extrication

Splint: ☐ Fixation ☐ Traction

☐ Sling / Swathe

☐ Pressure Point

☐ Pressure Dressing

☐ Wound Dressing

☐ Elevation

☐ Irrigation

☐ Cold Application

☐ Patient Warming

☐ Burn Care

☐ Induced Vomiting

Restrained by: ☐ PD ☐ EMS

☐ Nasal Cannula

☐ Non-Rebreather

☐ Bag Valve Mask

☐ Nebulizer

Oxygen L / M

☐ Baby

APGAR - Initial | 5 min

☐ Placenta Delivered

### ALS Crew Only

☐ ALS Assessment

☐ Magill Forceps

☐ Endotracheal Tube — Tube Size; Crew 1 Attempts; Crew 2 Attempts; S UTO

☐ Secondary ETT Verification

☐ Cricothyrotomy — Crew # ☐ ☐

☐ Needle Decompression L ☐ R ☐ — Crew # ☐ ☐

☐ NG Tube — Crew # ☐ ☐

☐ I.V ☐ I.O ☐ S. Lock — Crew 1 Attempts; Crew 2 Attempts; Gauge; S UTO

☐ 2nd I.V. — Crew 1 Attempts; Crew 2 Attempts; Gauge; S UTO

## FLOW CHART

| Elapsed Time | Crew Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CAD # 0210 | 7351018

**Narrative/History:** Key Words - (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications)

☐ Asthma ☐ Chronic Renal Failure ☐ Cardiac ☐ Diabetes ☐ Frail / Debilitated ☐ Hypertension ☐ IV Drug Use ☐ Seizure Disorder ☐ Tracheostomy
☐ Amputee ☐ Cancer ☐ COPD ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Incontinent ☐ Psychiatric Hx. ☐ Substance Abuse ☐ Tuberculosis

**Special Conditions:** ☐ Bed Confined ☐ Non-Ambulatory ☐ Required Stretcher ☐ Valid DNR

**Allergies:** ☐ No known allergies

**Medications:** ☐ Unknown

Obvious Death: ☐ Decomposition ☐ Dependent Lividity ☐ Rigor Mortis ☐ Mortal Injury

**Cardiac Arrest Information**

Witnessed By: ☐ PD ☐ CFR / EMS ☐ Other | ROSC: ☐ PD ☐ CFR / EMS ☐ Other

Prior to this Unit's Patient Contact

CPR was started by: ☐ Bystander ☐ Family ☐ PD ☐ CFR ☐ EMS ☐ Medical | Minutes Since: Arrest / CPR Started / CPR Stopped | AED was used by: ☐ PD ☐ CPR ☐ EMS ☐ Other | Minutes Since: 1st AED Shock

26 y/o female Id in jail (cell) A+Ox3 c/o feeling nausea x 2 days. Pt sts she lastly ate today, pt denies any other symptoms of headache (+) vomiting x3 yellowish ... PERRL, LS clear ... distention x 4 ... neurological deficits x4 ext. trip to [illegible] ... c escort PD. ... incidents ...

1x743 PD Shield 7362

LMP 7-11-2012

**Chief Complaint:** Feeling Nauseas sts pt

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☒ Yes ☐ No

**Presumptive Diagnosis:** General Medicine

Continuation Form ☐

Time of Contact | OLMC Physician | Reason For Contact: ☐ RMA ☐ Consult ☐ Orders ☐ Transport Decision ☐ Onscene Triage | OLMC Terminate Time | ED Chart Number: 2771926

Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO ☐ | SO ☐

Insurance Company Name

Policy Number | Group Number

Insurance Related Information: ☐ Auto Insurance ☐ Self Pay ☐ Private Insurance | Medicare # | Medicaid # | Work related? ☐

**(1) PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM:** I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary.

I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.

☒ Patient Unable to Sign (Reason Documented) ☐ Patient Refused to Sign

(1) Information Release Patient / Auth Rep Signature: Pt Handcuffed / [signature]

**(2) OUT OF AREA TRANSPORT / DIVERSION:** I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.

☐ Patient Unable to Sign ☐ Patient Refused to Sign Hospital Requested:

(2) Out of Area Transport Patient Signature

**(3) RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA):** I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.

☐ Pre-hospital care refused: ☐ Transportation to hospital refused ☐ Patient Unable to Sign ☐ Patient Refused to Sign

List care refused: | (3) RMA Patient Signature | RMA Witness Name / Signature

**Lights / Siren:** ☒ To Scene (63) ☐ To Destination (82)

**Conditions Causing Delay:** Traffic, Weather, Crowd, Scene Unsafe, Bad Address, Difficult Location, Extrication, Elevator, Building Access, Door Barrier, Distance To Pt., Awaiting Escort, Vehicle Mech. — To Scene / To Patient / To Hospital ☐

**Seat Belt Use:** ☐ Lap Belt ☐ Shoulder Belt; Car Seat: ☐ Front Facing ☐ Side Facing ☐ Rear Facing

**Airbags Deployed:** ☐ Steering Wheel ☐ Passenger Dash ☐ Driver Door ☐ Passenger Door ☐ Other

**Patient Safety Equip.:** ☐ Eye Protection ☐ Helmet ☐ Personal Flotation ☐ Protective Clothing ☐ Protective Gear

**Removed to Vehicle By:** ☐ Chair ☒ Walked ☐ Carried ☐ Scoop Stretcher ☐ Flat ☐ Stretcher ☐ Met at Ambulance

**Transport From:** ☒ Residence (Home) ☐ Scene of Accident or Acute Event ☐ Residential, Custodial Facility ☐ Skilled Nursing Facility (SNF) Transport From Code: ☐ Inter-facility

**Transport Position:** ☐ Supine ☒ Sitting ☐ Shock ☐ Semi / Full Fowlers ☐ Left Lateral Recumbent ☐ Restrained

**Pt Transported In Vehicle:** # of Patients Transported: 1 Transport Miles: 02 Hospital Destination: 25

**Hospital Selection:** ☒ Nearest Facility ☐ Patient / Family Choice ☐ Specialty Referral ☐ Hospital Diversion Diverted From code

**Pt Not Transported In This Vehicle:** ☐ Assisted in Transport ☐ RMA With Unit # ☐ Pronounced, NOT Transported ☐ Onscene Triage ☐ Transferred Care ☐ Other To Unit #

Hospital Receiving Agent Signature: [signature] | FDNY Code | Qty Supply Code | Qty Supply Code | Technician Signature: [signature]

SH9001 (2 of 2), Rev 3F, 0510 © 2009 Sansio (Page 2)