USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DATIMA CHANDLER,

                Plaintiff,

      -v-

CITY OF NEW YORK et al.,

                Defendants.

-------------------------------------------------------------------X

12 Civ. 5161 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

      The Court having been advised in the attached letter that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: June 10, 2013
       New York, New York

                                _____
                                   JESSE M. FURMAN
                             United States District Judge



|  |  |  |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **QIANA SMITH-WILLIAMS**<br>Senior Counsel<br>qwilliam@law.nyc.gov<br>Phone: (212) 356-2360<br>Fax: (212) 788-9776 |

June 7, 2013

**BY E-MAIL**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    <u>Daitima Chandler v. City of New York, et al.</u>
                12 Civ. 5161 (JMF)(MHD)

Your Honor:

      I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced matter. Defendants write to inform the Court that this matter has been settled in principle. Thus, defendants respectfully request that any future court dates be adjourned without date. Defendants will submit an executed Stipulation and Order of Dismissal to Your Honor for endorsement and filing upon receipt from plaintiff.

                                       Respectfully submitted,

                                       /s/

                                       Qiana Smith-Williams
                                       Senior Counsel

cc:    Dana Vlachos, Esq. (By Fax (212) 202-4897)
       *Attorney for Plaintiff*