**BOWMAN & VLACHOS**
ATTORNEYS AT LAW
575 Madison Avenue, 10th Floor
NEW YORK, NEW YORK 10022

Telephone (212) 514-9700, **Cellular (212) 671-0748**
Fax (212) 202-4897

September 6, 2013

**VIA E-MAIL**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Daitima Chandler v. City of New York
           12 Civ. 5161 (JMF) (MHD)

Dear Judge Furman:

Our office represents the plaintiff in the above action. Plaintiff has served defendant with all settlement papers, including a General Release; Affidavit of Status of Liens; Stipulation and Order of Dismissal; Stipulation of Settlement; Stipulation of Discontinuance; and a W9 form.

While I am still awaiting a lien amount (if one exists) from HRA, I am hopeful that I will soon obtain one. Defense counsel informs me that before processing the settlement check, they also check for liens.

I do not anticipate future need for judicial intervention in this matter. Since the necessary documents have been exchanged, I believe the settlement has been "consummated." Of course, the Court may wish to retain jurisdiction over the matter just in case any issues arise.

If the Court should have any questions for counsel, I can be reached at (212) 671-0748.

                            Respectfully Submitted,

                            Dana Vlachos

cc:   Qiana Smith-Williams, Esq (Via Facsimile (212) 788-9776)