Furman, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Daitima Chandler,

                                           Plaintiff,

                   -against-

The City of New York, The New York City Police Department, Police Officer Carlos Medina, Police Officer Arnaldo Santana, Sergeant Sasha Rosen, and Several Unidentified Police Officers of the New York City Police Department,

                                           Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 5161 (JMF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.   The above-referenced action is hereby dismissed with prejudice; and

2. ~~Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter~~.

Law Office of David Bowman, Esq.
*Attorneys for Plaintiff*
575 Madison Avenue, 10th Floor
New York, New York 10022

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, The New York City Police Department, Medina, Santana and Rosen*
100 Church Street, Rm. 3-192
New York, New York 10007

By: _____
Dana Vlachos, Esq.

By: _____  9/6/13
Qiana Smith-Williams
*Senior Counsel*

SO ORDERED:

_____
JESSE M. FURMAN
United States District Judge

Dated: New York, New York
       8/29/13, 2013

9.9.2013

Per Paragraph 4.C of the Court's Individual Rules and Practices for Civil Cases, the Court will not retain jurisdiction to enforce a settlement unless the parties make the settlement agreement part of the public record. In light of that, the Court has stuck Paragraph 2 above. If the parties wish for the Court to retain jurisdiction, they may submit a new stipulation to that effect with a copy of the settlement agreement to be docketed.